# APPENDIX A

1/30/2011     https://w3.courtlink.lexisnexis.com/coo...



*Dorothy Brown*
**Clerk of the Circuit Court**
*Cook County*

*Division: Civil*
**Click on Case Number for Case Information Summary**

Name Search Results for: CAVALRY PORTFOLIO

| Case Number | Plaintiff | Defendant | Date Filed |
|---|---|---|---|
| 2011-M1-104059 | CAVALRY PORTFOLIO | BOWMAN ALICIA | 01/18/2011 |
| 2011-M1-101688 | CAVALRY PORTFOLIO | HABIBI HEDAYAT | 01/07/2011 |
| 2011-M1-101689 | CAVALRY PORTFOLIO | CAVALRY SPV I LLC | 01/07/2011 |
| 2011-M1-101690 | CAVALRY PORTFOLIO | MANNING LESTER | 01/07/2011 |
| 2011-M1-101691 | CAVALRY PORTFOLIO | AINSWORTH MONICYA | 01/07/2011 |
| 2011-M1-101692 | CAVALRY PORTFOLIO | STOIKOV TODOR B | 01/07/2011 |
| 2011-M1-101693 | CAVALRY PORTFOLIO | SINGLETON HELLEN D | 01/07/2011 |
| 2011-M1-101694 | CAVALRY PORTFOLIO | BROWN DANIELLE | 01/07/2011 |
| 2011-M1-101695 | CAVALRY PORTFOLIO | ALLEN ZENOVIA | 01/07/2011 |
| 2011-M1-101696 | CAVALRY PORTFOLIO | SMITH ADELAIDA B | 01/07/2011 |
| 2011-M1-101697 | CAVALRY PORTFOLIO | MULLEN CHRIS | 01/07/2011 |
| 2011-M1-101698 | CAVALRY PORTFOLIO | WEBSTER STEVE T | 01/07/2011 |
| 2011-M1-101699 | CAVALRY PORTFOLIO | ELION DEANDRE L | 01/07/2011 |
| 2011-M1-100720 | CAVALRY PORTFOLIO | PARTIDA SANDRA M | 01/04/2011 |
| 2011-M1-100721 | CAVALRY PORTFOLIO | VALLE OSCAR A | 01/04/2011 |
| 2011-M1-100722 | CAVALRY PORTFOLIO | DILDY GWENDOLYN H | 01/04/2011 |
| 2011-M1-100723 | CAVALRY PORTFOLIO | COOPER JOHN A | 01/04/2011 |
| 2011-M1-100724 | CAVALRY PORTFOLIO | RAGA ERIKA A | 01/04/2011 |
| 2011-M1-100725 | CAVALRY PORTFOLIO | BUCKNER MAURICE JR | 01/04/2011 |
| 2011-M1-100726 | CAVALRY PORTFOLIO | FULLER GERALDINE | 01/04/2011 |
| 2011-M1-100727 | CAVALRY PORTFOLIO | STATEK KAZIMIERZ | 01/04/2011 |
| 2011-M1-100728 | CAVALRY PORTFOLIO | KOSHMIDER TONY A | 01/04/2011 |
| 2011-M1-100729 | CAVALRY PORTFOLIO | JACKSON MICHAEL | 01/04/2011 |

1/30/2011 https://w3.courtlink.lexisnexis.com/coo...

| | | | |
|---|---|---|---|
| 2011-M1-100730 | CAVALRY PORTFOLIO | ROBINSON BETTY | 01/04/2011 |
| 2011-M1-100731 | CAVALRY PORTFOLIO | GANNON MARY P | 01/04/2011 |
| 2011-M1-100732 | CAVALRY PORTFOLIO | MCAULIFF GEORGE T | 01/04/2011 |
| 2011-M1-100733 | CAVALRY PORTFOLIO | AKITI AFRIM | 01/04/2011 |
| 2010-M1-213402 | CAVALRY PORTFOLIO | MENARD SHARON J | 12/23/2010 |
| 2010-M1-213204 | CAVALRY PORTFOLIO | HOWARD ALYSHA | 12/22/2010 |
| 2010-M1-212862 | CAVALRY PORTFOLIO | ROSILES SAUL | 12/21/2010 |
| 2010-M1-212865 | CAVALRY PORTFOLIO | MACZYNSKI PETER | 12/21/2010 |
| 2010-M1-212866 | CAVALRY PORTFOLIO | WALTON DAVID D | 12/21/2010 |
| 2010-M1-212867 | CAVALRY PORTFOLIO | CRAIG THERESA L | 12/21/2010 |
| 2010-M1-212870 | CAVALRY PORTFOLIO | WARREN ALLEXINE | 12/21/2010 |
| 2010-M1-212871 | CAVALRY PORTFOLIO | PALMER EARL T JR | 12/21/2010 |
| 2010-M1-212872 | CAVALRY PORTFOLIO | SCOTT VIRGINIA A | 12/21/2010 |
| 2010-M1-212875 | CAVALRY PORTFOLIO | WATKINS CRYSTAL | 12/21/2010 |
| 2010-M1-212877 | CAVALRY PORTFOLIO | MERANI NEELOFER | 12/21/2010 |
| 2010-M1-212879 | CAVALRY PORTFOLIO | TUDOR DARSHANNA R | 12/21/2010 |
| 2010-M1-212881 | CAVALRY PORTFOLIO | SIMA EUDOCHIA | 12/21/2010 |
| 2010-M1-212883 | CAVALRY PORTFOLIO | WILLIAMS VALERIE A | 12/21/2010 |
| 2010-M1-212886 | CAVALRY PORTFOLIO | HAYES HOWARD L | 12/21/2010 |
| 2010-M1-212887 | CAVALRY PORTFOLIO | HARMON JOSEPH C | 12/21/2010 |
| 2010-M1-501914 | CAVALRY PORTFOLIO | ANDERSON CHRIS | 12/08/2010 |
| 2010-M3-004499 | CAVALRY PORTFOLIO | PAREDES RENE | 12/08/2010 |
| 2010-M3-004500 | CAVALRY PORTFOLIO | CAMACHO DEANNA M | 12/08/2010 |
| 2010-M3-004501 | CAVALRY PORTFOLIO | PIERCE JOHN | 12/08/2010 |
| 2010-M1-209635 | CAVALRY PORTFOLIO | JOHNSON KAREN D | 12/07/2010 |
| 2010-M1-209636 | CAVALRY PORTFOLIO | TILLMAN ROY J | 12/07/2010 |
| 2010-M1-209637 | CAVALRY PORTFOLIO | WASHINGTON MARGO | 12/07/2010 |
| 2010-M1-209638 | CAVALRY PORTFOLIO | THOMAS BRYAN L | 12/07/2010 |
| 2010-M1-209639 | CAVALRY PORTFOLIO | SPAVONE RACHAEL M | 12/07/2010 |
| 2010-M1-209640 | CAVALRY PORTFOLIO | DAVILA STEPHEN | 12/07/2010 |
| 2010-M1-209641 | CAVALRY PORTFOLIO | DRESSEL JOSEPH D | 12/07/2010 |
| 2010-M1-209642 | CAVALRY PORTFOLIO | MUGHAL MUHAMMAD A | 12/07/2010 |
| 2010-M1-209643 | CAVALRY PORTFOLIO | CARR PHILLIP | 12/07/2010 |
| 2010-M1-209644 | CAVALRY PORTFOLIO | JONES MICHAEL J | 12/07/2010 |

1/30/2011  https://w3.courtlink.lexisnexis.com/coo...

| | | | |
|---|---|---|---|
| 2010-M1-209645 | CAVALRY PORTFOLIO | LIPSKI JAROSLAW | 12/07/2010 |
| 2010-M1-209646 | CAVALRY PORTFOLIO | PHILLIPS CAROLYN E | 12/07/2010 |
| 2010-M1-209647 | CAVALRY PORTFOLIO | GOOLEY ANNA | 12/07/2010 |
| 2010-M1-209649 | CAVALRY PORTFOLIO | PROC MYRON S | 12/07/2010 |
| 2010-M1-209650 | CAVALRY PORTFOLIO | IGHODARO UKPENAHIU | 12/07/2010 |
| 2010-M1-209651 | CAVALRY PORTFOLIO | MCCARVILLE DUANE P | 12/07/2010 |
| 2010-M1-209652 | CAVALRY PORTFOLIO | HOWARD RICHARD JR | 12/07/2010 |
| 2010-M1-209653 | CAVALRY PORTFOLIO | ADAMS MICHELLE L | 12/07/2010 |
| 2010-M1-209670 | CAVALRY PORTFOLIO | SALLIE SUNDA | 12/07/2010 |
| 2010-M1-209673 | CAVALRY PORTFOLIO | RIXAS ISCAR T | 12/07/2010 |
| 2010-M1-209675 | CAVALRY PORTFOLIO | VILLEGAS SILVIA M | 12/07/2010 |
| 2010-M1-209676 | CAVALRY PORTFOLIO | CASEY WILLIAM P | 12/07/2010 |
| 2010-M1-209677 | CAVALRY PORTFOLIO | RANKIN SHALINA N | 12/07/2010 |
| 2010-M1-209678 | CAVALRY PORTFOLIO | GLADNEY LARRY R | 12/07/2010 |
| 2010-M1-209679 | CAVALRY PORTFOLIO | SAMBUGARO GISELLA | 12/07/2010 |
| 2010-M1-209680 | CAVALRY PORTFOLIO | ACKERSON JONATHAN | 12/07/2010 |
| 2010-M1-209681 | CAVALRY PORTFOLIO | KNIGHT RICHARD R | 12/07/2010 |
| 2010-M1-209682 | CAVALRY PORTFOLIO | BUSCHER JENNIFER L | 12/07/2010 |
| 2010-M1-209683 | CAVALRY PORTFOLIO | GARCIA JOSE L | 12/07/2010 |
| 2010-M1-209684 | CAVALRY PORTFOLIO | PELLETIER BRADLEY | 12/07/2010 |
| 2010-M1-209685 | CAVALRY PORTFOLIO | KIRK MARGARET E | 12/07/2010 |
| 2010-M1-209686 | CAVALRY PORTFOLIO | ZAMARRIPA JUAN | 12/07/2010 |
| 2010-M1-209687 | CAVALRY PORTFOLIO | CHELINSKI TEODORA | 12/07/2010 |
| 2010-M1-208233 | CAVALRY PORTFOLIO | WRIGHT MICHAEL | 12/01/2010 |
| 2010-M1-207453 | CAVALRY PORTFOLIO | OCALLAGHAN WILLIAM | 11/29/2010 |
| 2010-M1-207599 | CAVALRY PORTFOLIO | PARAMASIVAM BHARAN | 11/29/2010 |
| 2010-M1-207600 | CAVALRY PORTFOLIO | MULE ROSARIO | 11/29/2010 |
| 2010-M1-207602 | CAVALRY PORTFOLIO | SINGER ROBERT P | 11/29/2010 |
| 2010-M1-207603 | CAVALRY PORTFOLIO | HOLMES MARY | 11/29/2010 |
| 2010-M1-207604 | CAVALRY PORTFOLIO | FLAGIGLIO JOHN | 11/29/2010 |
| 2010-M1-207605 | CAVALRY PORTFOLIO | JONNSON DOUGLAS | 11/29/2010 |
| 2010-M1-207606 | CAVALRY PORTFOLIO | HRASCH DAVID M | 11/29/2010 |
| 2010-M1-207607 | CAVALRY PORTFOLIO | WALTERS RAYMOND | 11/29/2010 |
| 2010-M1-207609 | CAVALRY PORTFOLIO | VELEZ VICTOR | 11/29/2010 |
| 2010-M1-207611 | CAVALRY PORTFOLIO | SERRATOS JOSE A | 11/29/2010 |

1/30/2011 — https://w3.courtlink.lexisnexis.com/coo...

| | | | |
|---|---|---|---|
| 2010-M1-207612 | CAVALRY PORTFOLIO | CENTERS DONNA M | 11/29/2010 |
| 2010-M1-207615 | CAVALRY PORTFOLIO | HEATH MICHAEL R | 11/29/2010 |
| 2010-M1-207616 | CAVALRY PORTFOLIO | SMITH MARLA J | 11/29/2010 |
| 2010-M1-207618 | SECURITY CREDIT | TAPIA HUMBERTO | 11/29/2010 |
| 2010-M1-207620 | CAVALRY PORTFOLIO | MITCHELL-SIMPSON | 11/29/2010 |
| 2010-M1-207622 | CAVALRY PORTFOLIO | PORTER RUTHETTA L | 11/29/2010 |
| 2010-M1-207624 | CAVALRY PORTFOLIO | LESTER NAPOLEON E | 11/29/2010 |
| 2010-M1-207626 | CAVALRY PORTFOLIO | HOOPER JENNIFER L | 11/29/2010 |
| 2010-M1-206353 | CAVALRY PORTFOLIO | ALLAM MAHMOAD | 11/23/2010 |
| 2010-M1-206354 | CAVALRY PORTFOLIO | GUTIERREZ ANTONIO | 11/23/2010 |
| 2010-M1-206355 | CAVALRY PORTFOLIO | MARTIN ERIC A | 11/23/2010 |
| 2010-M1-206356 | CAVALRY PORTFOLIO | CASALE LISA M | 11/23/2010 |
| 2010-M1-206357 | CAVALRY PORTFOLIO | MALONEY SHEILA P | 11/23/2010 |
| 2010-M1-206358 | CAVALRY PORTFOLIO | CAMPO EDWIN | 11/23/2010 |
| 2010-M1-206359 | CAVALRY PORTFOLIO | PANFILO ELIVA | 11/23/2010 |
| 2010-M1-206360 | CAVALRY PORTFOLIO | GUTIERREZ MARIA | 11/23/2010 |
| 2010-M1-206361 | CAVALRY PORTFOLIO | HABIBI HEDAYAT | 11/23/2010 |
| 2010-M1-206362 | CAVALRY PORTFOLIO | SUPANAVONGS WISA | 11/23/2010 |
| 2010-M1-206363 | CAVALRY PORTFOLIO | BOYSEN GREG J | 11/23/2010 |
| 2010-M1-206364 | CAVALRY PORTFOLIO | SOTELO VERONICA | 11/23/2010 |
| 2010-M1-206366 | CAVALRY PORTFOLIO | CHILDS LACQUETTE L | 11/23/2010 |
| 2010-M1-206368 | CAVALRY PORTFOLIO | IVANOVA SILVIYA N | 11/23/2010 |
| 2010-M1-206369 | CAVALRY PORTFOLIO | SANCHEZ MARIA G | 11/23/2010 |
| 2010-M1-206371 | CAVALRY PORTFOLIO | DEPAZ JOSE M | 11/23/2010 |
| 2010-M1-206372 | CAVALRY PORTFOLIO | TURMAN DIANA Y | 11/23/2010 |
| 2010-M1-206374 | CAVALRY PORTFOLIO | RILEY ROBERT D JR | 11/23/2010 |
| 2010-M1-205536 | CAVALRY PORTFOLIO | MCTHUNE CHARLIE | 11/18/2010 |
| 2010-M1-205537 | CAVALRY PORTFOLIO | FREGOSO PORFIRIO | 11/18/2010 |
| 2010-M1-205538 | CAVALRY PORTFOLIO | SWINNEY STEVEN B | 11/18/2010 |
| 2010-M1-205539 | CAVALRY PORTFOLIO | VALKMAN SUSAN M | 11/18/2010 |
| 2010-M1-205540 | CAVALRY PORTFOLIO | MENDE ARLENE B | 11/18/2010 |
| 2010-M1-205541 | CAVALRY PORTFOLIO | TAYLOR STEPHANIE | 11/18/2010 |
| 2010-M1-205542 | CAVALRY PORTFOLIO | CANNON LATONYA M | 11/18/2010 |
| 2010-M1-205543 | CAVALRY PORTFOLIO | MURRAY DONNA K | 11/18/2010 |
| 2010-M1-205544 | CAVALRY PORTFOLIO | URIBE MARTHA | 11/18/2010 |

1/30/2011 https://w3.courtlink.lexisnexis.com/coo...

| Case Number | Plaintiff | Defendant | Date |
|---|---|---|---|
| 2010-M1-205546 | CAVALRY PORTFOLIO | JENKINS ALICE | 11/18/2010 |
| 2010-M1-205547 | CAVALRY PORTFOLIO | HIGHTOWER DAVID JR | 11/18/2010 |
| 2010-M1-205548 | CAVALRY PORTFOLIO | YOUNG FREDERICK | 11/18/2010 |
| 2010-M1-205549 | CAVALRY PORTFOLIO | NAWROT GINA M | 11/18/2010 |
| 2010-M1-205550 | CAVALRY PORTFOLIO | MCGREGORY DEBORAH | 11/18/2010 |
| 2010-M1-205553 | CAVALRY PORTFOLIO | SLY LEONARD J | 11/18/2010 |
| 2010-M1-205554 | CAVALRY PORTFOLIO | AVELAR JESUS E | 11/18/2010 |
| 2010-M1-205555 | CAVALRY PORTFOLIO | MARRERO CAROL A | 11/18/2010 |
| 2010-M1-205556 | CAVALRY PORTFOLIO | GUICHON RONALD J | 11/18/2010 |
| 2010-M1-206133 | CAVALRY PORTFOLIO | LOCHOW PATRICIA A | 11/17/2010 |
| 2010-M1-206134 | CAVALRY PORTFOLIO | WISNIEWSKI KEITH T | 11/17/2010 |
| 2010-M1-206135 | CAVALRY PORTFOLIO | STEWART PHILLIP | 11/17/2010 |
| 2010-M1-206136 | CAVALRY PORTFOLIO | MAJESTY MICHAEL R | 11/17/2010 |
| 2010-M1-206137 | CAVALRY PORTFOLIO | BOGUCKI JAMES B | 11/17/2010 |
| 2010-M1-206138 | CAVALRY PORTFOLIO | MCCOWAN CLEVELAND | 11/17/2010 |
| 2010-M1-206139 | CAVALRY PORTFOLIO | BELL ELRIN | 11/17/2010 |
| 2010-M1-206140 | CAVALRY PORTFOLIO | LUKOVIC GORAN | 11/17/2010 |
| 2010-M1-206141 | CAVALRY PORTFOLIO | ORTIZ MIRIAM | 11/17/2010 |
| 2010-M1-206142 | CAVALRY PORTFOLIO | KLOPP RONALD P | 11/17/2010 |
| 2010-M1-206143 | CAVALRY PORTFOLIO | ZUNIGA MARIA P | 11/17/2010 |
| 2010-M1-206144 | CAVALRY PORTFOLIO | CAHUE FRANCISCO C | 11/17/2010 |
| 2010-M1-206145 | CAVALRY PORTFOLIO | BRIMM DANNY L SR | 11/17/2010 |
| 2010-M1-206146 | CAVALRY PORTFOLIO | SPANN JANICE | 11/17/2010 |
| 2010-M1-206147 | CAVALRY PORTFOLIO | JAWOR ANDRZEJ | 11/17/2010 |
| 2010-M1-206148 | CAVALRY PORTFOLIO | VICTOR KETTIE E | 11/17/2010 |
| 2010-M1-206149 | CAVALRY PORTFOLIO | SANTOS ELIZABETH | 11/17/2010 |
| 2010-M1-206150 | CAVALRY PORTFOLIO | MEDRYK SHONDA R | 11/17/2010 |
| 2010-M1-206151 | CAVALRY PORTFOLIO | ALLEN JAMES | 11/17/2010 |
| 2010-M1-206152 | CAVALRY PORTFOLIO | TERRY LAVAISHA K | 11/17/2010 |
| 2010-M1-205288 | CAVALRY PORTFOLIO | CABRALES LORENZO | 11/17/2010 |
| 2010-M1-205289 | CAVALRY PORTFOLIO | WEIDNER LANCE R | 11/17/2010 |
| 2010-M1-205291 | CAVALRY PORTFOLIO | PARK NOH S | 11/17/2010 |
| 2010-M1-205292 | CAVALRY PORTFOLIO | WHEATEN KENNETH A | 11/17/2010 |
| 2010-M1-205293 | CAVALRY PORTFOLIO | DAVID JAKLEN | 11/17/2010 |
| 2010-M1-205294 | CAVALRY PORTFOLIO | CASAS MAYRA | 11/17/2010 |
| 2010-M1-205295 | CAVALRY PORTFOLIO | ARMSTRONG PATRICIA | 11/17/2010 |

| | | | |
|---|---|---|---|
| 2010-M1-205296 | CAVALRY PORTFOLIO | VEGA MARIA | 11/17/2010 |
| 2010-M1-205297 | CAVALRY PORTFOLIO | TERRELL BRENDA J | 11/17/2010 |
| 2010-M1-205298 | CAVALRY PORTFOLIO | ASANIN OLIVERA | 11/17/2010 |
| 2010-M1-205299 | CAVALRY PORTFOLIO | THOMAS ANITA L | 11/17/2010 |
| 2010-M1-205301 | CAVALRY PORTFOLIO | GREEN MICHAEL L | 11/17/2010 |
| 2010-M1-205302 | CAVALRY PORTFOLIO | FOX CLOTEAL B | 11/17/2010 |
| 2010-M1-205303 | CAVALRY PORTFOLIO | HARMS CHRISTOPHER | 11/17/2010 |
| 2010-M1-205304 | CAVALRY PORTFOLIO | POWELL TERESA S | 11/17/2010 |
| 2010-M1-205305 | CAVALRY PORTFOLIO | MCAULIFF MARY F | 11/17/2010 |
| 2010-M1-205306 | CAVALRY PORTFOLIO | NICHOLS GERALD | 11/17/2010 |
| 2010-M1-205307 | CAVALRY PORTFOLIO | HAYWOOD OSCAR V | 11/17/2010 |
| 2010-M1-205308 | CAVALRY PORTFOLIO | LESURE SUSAN R | 11/17/2010 |
| 2010-M1-205309 | CAVALRY PORTFOLIO | KNIGHTEN KEITH B | 11/17/2010 |
| 2010-M1-205310 | CAVALRY PORTFOLIO | RODRIGUEZ WALDO J | 11/17/2010 |
| 2010-M1-205311 | CAVALRY PORTFOLIO | ACEVEDO GILBERT P | 11/17/2010 |
| 2010-M1-205312 | CAVALRY PORTFOLIO | SEPERGHAN YAGHOUB | 11/17/2010 |
| 2010-M1-205313 | CAVALRY PORTFOLIO | NASH EDWARD F | 11/17/2010 |
| 2010-M1-205142 | CAVALRY PORTFOLIO | MATZ DORENE J | 11/15/2010 |
| 2010-M1-205143 | CAVALRY PORTFOLIO | GHANEM KAMEL | 11/15/2010 |
| 2010-M1-205144 | CAVALRY PORTFOLIO | SAPIER ROBERTOH | 11/15/2010 |
| 2010-M1-205145 | CAVALRY PORTFOLIO | YU TONY | 11/15/2010 |
| 2010-M1-205147 | CAVALRY PORTFOLIO | NYKAZA ERWIN S | 11/15/2010 |
| 2010-M1-205150 | CAVALRY PORTFOLIO | KWIDZINSKI RAYMOND | 11/15/2010 |
| 2010-M1-205152 | CAVALRY PORTFOLIO | KARDELIS JAMES M | 11/15/2010 |
| 2010-M1-205153 | CAVALRY PORTFOLIO | SALGADO ROBERTO | 11/15/2010 |
| 2010-M1-205155 | CAVALRY PORTFOLIO | PISANO DONALD J JR | 11/15/2010 |
| 2010-M1-205157 | CAVALRY PORTFOLIO | WATSON NORVEL D | 11/15/2010 |
| 2010-M1-205160 | CAVALRY PORTFOLIO | JORDAN UVONNE | 11/15/2010 |
| 2010-M1-205162 | CAVALRY PORTFOLIO | RUIZ JERRY | 11/15/2010 |
| 2010-M1-205164 | CAVALRY PORTFOLIO | HARGROVE THOMAS | 11/15/2010 |
| 2010-M1-205166 | CAVALRY PORTFOLIO | TIBO JOHN M | 11/15/2010 |
| 2010-M1-205167 | CAVALRY PORTFOLIO | MURRAY ANTRICE L | 11/15/2010 |
| 2010-M1-205169 | CAVALRY PORTFOLIO | CLASS EVELYN | 11/15/2010 |
| 2010-M1-205171 | CAVALRY PORTFOLIO | SAMANO DOUGLAS | 11/15/2010 |
| 2010-M1-205174 | CAVALRY PORTFOLIO | FRAZIER RENGAY | 11/15/2010 |

| | | | |
|---|---|---|---|
| 2010-M1-205176 | CAVALRY PORTFOLIO | VILCA MIRIAN A | 11/15/2010 |
| 2010-M1-205177 | CAVALRY PORTFOLIO | QUARTETTI MARK E | 11/15/2010 |
| 2010-M1-205179 | CAVALRY PORTFOLIO | WALKER DARREN L | 11/15/2010 |
| 2010-M1-205181 | CAVALRY PORTFOLIO | KOTZ KARYN J FEDOR | 11/15/2010 |
| 2010-M1-205186 | CAVALRY PORTFOLIO | MARCHESE JOSEPH L | 11/15/2010 |
| 2010-M1-205189 | CAVALRY PORTFOLIO | GOODFELLOW JOHN G | 11/15/2010 |
| 2010-M1-205190 | CAVALRY PORTFOLIO | AGADA SUSSANA C | 11/15/2010 |
| 2010-M1-205191 | CAVALRY PORTFOLIO | KULACKOSKI JAMES A | 11/15/2010 |
| 2010-M1-205192 | CAVALRY PORTFOLIO. | OCONNOR DAWN | 11/15/2010 |
| 2010-M1-205193 | CAVALRY PORTFOLIO | GUTIERREZ JOSUE | 11/15/2010 |
| 2010-M1-205194 | CAVALRY PORTFOLIO | HENEGHAN KEVIN | 11/15/2010 |
| 2010-M1-205195 | CAVALRY PORTFOLIO | BALDETTY JULIETA | 11/15/2010 |
| 2010-M1-205196 | CAVALRY PORTFOLIO | ARMSTRONG NATALIE | 11/15/2010 |
| 2010-M1-205197 | CAVALRY PORTFOLIO | GIBSON DEANA E | 11/15/2010 |
| 2010-M1-205198 | CAVALRY PORTFOLIO | ROBINSON ANNETTE | 11/15/2010 |
| 2010-M1-205199 | CAVALRY PORTFOLIO | BARSON DAVID M | 11/15/2010 |
| 2010-M1-205200 | CAVALRY PORTFOLIO | LEWIS GREGORY G | 11/15/2010 |
| 2010-M1-205201 | CAVALRY PORTFOLIO | HARRTZOG ANGELA L | 11/15/2010 |
| 2010-M1-205202 | CAVALRY PORTFOLIO | SALAZAR JESUS R JR | 11/15/2010 |
| 2010-M1-205203 | CAVALRY PORTFOLIO | WHITE CARLENE | 11/15/2010 |
| 2010-M1-205204 | CAVALRY PORTFOLIO | MCDONALD GLADYS C | 11/15/2010 |
| 2010-M1-205205 | CAVALRY PORTFOLIO | VARGAS MACLOVIA T | 11/15/2010 |
| 2010-M1-501774 | CAVALRY PORTFOLIO | TATUM ANDRE | 11/15/2010 |
| 2010-M1-203520 | CAVALRY PORTFOLIO | OLSON RIAN | 11/12/2010 |
| 2010-M1-203521 | CAVALRY PORTFOLIO | JACKSON COURTNEY | 11/12/2010 |
| 2010-M1-203522 | CAVALRY PORTFOLIO | VAN HORN JEFFREY | 11/12/2010 |
| 2010-M1-203523 | CAVALRY PORTFOLIO | HOWLETT DEBRA A | 11/12/2010 |
| 2010-M1-203524 | CAVALRY PORTFOLIO | MESKAUSKAS ANGELA | 11/12/2010 |
| 2010-M1-203526 | CAVALRY PORTFOLIO | CAMACHO SERGIO | 11/12/2010 |
| 2010-M1-203527 | CAVALRY PORTFOLIO | MONTGOMERY JEANNET | 11/12/2010 |
| 2010-M1-203528 | CAVALRY PORTFOLIO | PIKOR DAVID E | 11/12/2010 |
| 2010-M1-203530 | CAVALRY PORTFOLIO | VLAHOPOULOS NONTAS | 11/12/2010 |
| 2010-M1-203587 | CAVALRY PORTFOLIO | MOORE WARDELL JR | 11/12/2010 |
| 2010-M1-203589 | CAVALRY PORTFOLIO | CLAYTON DEIDRA M | 11/12/2010 |
| 2010-M1-203590 | CAVALRY PORTFOLIO | HUMPHREY SHEENA M | 11/12/2010 |

1/30/2011 — https://w3.courtlink.lexisnexis.com/coo...

| | | | |
|---|---|---|---|
| 2010-M1-203591 | CAVALRY PORTFOLIO | WASHINGTON SEAN | 11/12/2010 |
| 2010-M1-203592 | CAVALRY PORTFOLIO | JOHNSON TESIA | 11/12/2010 |
| 2010-M1-203595 | CAVALRY PORTFOLIO | COLLIER MANKEA | 11/12/2010 |
| 2010-M1-203596 | CAVALRY PORTFOLIO | CIRIMELE ASHANTI P | 11/12/2010 |
| 2010-M1-203598 | CAVALRY PORTFOLIO | HARRIS MILDRED | 11/12/2010 |
| 2010-M1-203600 | CAVALRY PORTFOLIO | MONTES MARTHA P | 11/12/2010 |
| 2010-M1-203601 | CAVALRY PORTFOLIO | ZIZUMBO ESTEBAN | 11/12/2010 |
| 2010-M1-203602 | CAVALRY PORTFOLIO | AHMED SYED | 11/12/2010 |
| 2010-M1-203603 | CAVALRY PORTFOLIO | AMOS BARBARA F | 11/12/2010 |
| 2010-M1-203605 | CAVALRY PORTFOLIO | RORICK PETER | 11/12/2010 |
| 2010-M1-203606 | CAVALRY PORTFOLIO | LOVE RICHARD H | 11/12/2010 |
| 2010-M1-203607 | CAVALRY PORTFOLIO | NARBERT BRYAN I | 11/12/2010 |
| 2010-M1-203609 | CAVALRY PORTFOLIO | BENITEZ MINERVA | 11/12/2010 |
| 2010-M1-203610 | CAVALRY PORTFOLIO | ATIEH RASHA | 11/12/2010 |
| 2010-M1-203611 | CAVALRY PORTFOLIO | DEARING CARL E | 11/12/2010 |
| 2010-M1-203632 | CAVALRY PORTFOLIO | ATIENZA JOAM | 11/12/2010 |
| 2010-M1-203637 | CAVALRY PORTFOLIO | ALIKADIC BERNES | 11/12/2010 |
| 2010-M1-203638 | CAVALRY PORTFOLIO | KLEIN WILIAM JR | 11/12/2010 |
| 2010-M1-203639 | CAVALRY PORTFOLIO | ODONNELL TIMOTHY | 11/12/2010 |
| 2010-M1-203644 | CAVALRY PORTFOLIO | WAIS THOMAS | 11/12/2010 |
| 2010-M1-203645 | CAVALRY PORTFOLIO | DAVIDSON BRAD | 11/12/2010 |
| 2010-M1-203647 | CAVALRY PORTFOLIO | MOLITOR CHRISTOPH | 11/12/2010 |
| 2010-M1-203648 | CAVALRY PORTFOLIO | DUMAS JEANNE M | 11/12/2010 |
| 2010-M1-203649 | CAVALRY PORTFOLIO | PEREZ ESMERALDA | 11/12/2010 |
| 2010-M1-203678 | CAVALRY PORTFOLIO | PERKINS JESSICA N | 11/12/2010 |
| 2010-M1-203679 | CAVALRY PORTFOLIO | MURPHY JOSEPHINE J | 11/12/2010 |
| 2010-M1-203680 | CAVALRY PORTFOLIO | HERNANDEZ JOAQUINA | 11/12/2010 |
| 2010-M1-203681 | CAVALRY PORTFOLIO | EARY JOHN F | 11/12/2010 |
| 2010-M1-203682 | CAVALRY PORTFOLIO | HART DAVID A | 11/12/2010 |
| 2010-M1-203683 | CAVALRY PORTFOLIO | COOK LASHAWN R | 11/12/2010 |
| 2010-M1-203684 | CAVALRY PORTFOLIO | BLACKBURN RENEE | 11/12/2010 |
| 2010-M1-203685 | CAVALRY PORTFOLIO | HANDMAKER JANET D | 11/12/2010 |
| 2010-M1-203686 | CAVALRY PORTFOLIO | IGNJATOVICH TANYA | 11/12/2010 |
| 2010-M1-203687 | CAVALRY PORTFOLIO | FORTE ANNIE D | 11/12/2010 |
| 2010-M1-203688 | CAVALRY PORTFOLIO | DEW DELLA | 11/12/2010 |

| | | | |
|---|---|---|---|
| 2010-M1-203691 | CAVALRY PORTFOLIO | GOMEZ RAYMOND M | 11/12/2010 |
| 2010-M1-203692 | CAVALRY PORTFOLIO | CAVALRY PORTFOLIO | 11/12/2010 |
| 2010-M1-203693 | CAVALRY PORTFOLIO | MIGUEL JUAN L | 11/12/2010 |
| 2010-M1-203694 | CAVALRY PORTFOLIO | PEREZ LOUIE A JR | 11/12/2010 |
| 2010-M1-203695 | CAVALRY PORTFOLIO | TOLSON WALTER L | 11/12/2010 |
| 2010-M1-203696 | CAVALRY PORTFOLIO | BRYANT MICHAEL | 11/12/2010 |
| 2010-M1-203698 | CAVALRY PORTFOLIO | SMITH LAURIE H | 11/12/2010 |
| 2010-M1-203699 | CAVALRY PORTFOLIO | TATE STEPHANIE R | 11/12/2010 |
| 2010-M1-203759 | CAVALRY PORTFOLIO | KOOL TALLULAH | 11/12/2010 |
| 2010-M1-203760 | CAVALRY PORTFOLIO | ABEDRABO AHMED | 11/12/2010 |
| 2010-M1-203761 | CAVALRY PORTFOLIO | ANDERSON JUNIOR | 11/12/2010 |
| 2010-M1-203777 | CAVALRY PORTFOLIO | WALLS GRACE | 11/12/2010 |
| 2010-M1-203778 | CAVALRY PORTFOLIO | KENNEDY MICHAEL C | 11/12/2010 |
| 2010-M1-203779 | CAVALRY PORTFOLIO | KING REAVA L | 11/12/2010 |
| 2010-M1-203781 | CAVALRY PORTFOLIO | IBARRA RAFAEL | 11/12/2010 |
| 2010-M1-203782 | CAVALRY PORTFOLIO | JURADO ARMANDO | 11/12/2010 |
| 2010-M1-203783 | CAVALRY PORTFOLIO | HOLLOWAY TOMEKA | 11/12/2010 |
| 2010-M1-203785 | CAVALRY PORTFOLIO | GONZALES SAMUEL | 11/12/2010 |
| 2010-M1-203786 | CAVALRY PORTFOLIO | KEY STEFFANIE | 11/12/2010 |
| 2010-M1-203787 | CAVALRY PORTFOLIO | NINKOVICH VERA | 11/12/2010 |
| 2010-M1-203788 | CAVALRY PORTFOLIO | GEORGAS GUS | 11/12/2010 |
| 2010-M1-203789 | CAVALRY PORTFOLIO | MESHO BENJAMIN | 11/12/2010 |
| 2010-M1-203790 | CAVALRY PORTFOLIO | MOAURO BARBARA M | 11/12/2010 |
| 2010-M1-203791 | CAVALRY PORTFOLIO | SLAVOVA VESSELA K | 11/12/2010 |
| 2010-M1-203792 | CAVALRY PORTFOLIO | FORD ANNIE | 11/12/2010 |
| 2010-M1-203793 | CAVALRY PORTFOLIO | PINEDA MARIA | 11/12/2010 |
| 2010-M1-203794 | CAVALRY PORTFOLIO | OSULIVAN TYNESE M | 11/12/2010 |
| 2010-M1-203795 | CAVALRY PORTFOLIO | AVILA NAZARETH | 11/12/2010 |
| 2010-M1-203796 | CAVALRY PORTFOLIO | RECZEK CZESLAW | 11/12/2010 |
| 2010-M1-203797 | CAVALRY PORTFOLIO | CHO JENNIFER E | 11/12/2010 |
| 2010-M1-203798 | CAVALRY PORTFOLIO | SPALDING LINDA | 11/12/2010 |
| 2010-M1-203040 | CAVALRY PORTFOLIO | KALAITZAKIS GEORGI | 11/10/2010 |
| 2010-M1-203042 | CAVALRY PORTFOLIO | JONES LEON | 11/10/2010 |
| 2010-M1-203044 | CAVALRY PORTFOLIO | GOSS TRACY D | 11/10/2010 |
| 2010-M1-203046 | CAVALRY PORTFOLIO | DATI JAMES W | 11/10/2010 |

1/30/2011 https://w3.courtlink.lexisnexis.com/coo...

| | | | |
|---|---|---|---|
| 2010-M1-203047 | CAVALRY PORTFOLIO | WALKER TAMIA | 11/10/2010 |
| 2010-M1-203049 | CAVALRY PORTFOLIO | CORTES JULIE A | 11/10/2010 |
| 2010-M1-203052 | CAVALRY PORTFOLIO | SAMUELS DEBRA Y | 11/10/2010 |
| 2010-M1-203054 | CAVALRY PORTFOLIO | GRIFFIN JOHN | 11/10/2010 |
| 2010-M1-203056 | CAVALRY PORTFOLIO | ASKINS AUDREY | 11/10/2010 |
| 2010-M1-203058 | CAVALRY PORTFOLIO | NESBITT NORMAN A | 11/10/2010 |
| 2010-M1-203060 | CAVALRY PORTFOLIO | ALLENSWORTH JONATH | 11/10/2010 |
| 2010-M1-203062 | CAVALRY PORTFOLIO | REHEAMS TOYA L | 11/10/2010 |
| 2010-M1-203063 | CAVALRY PORTFOLIO | DOLLAH CINDY | 11/10/2010 |
| 2010-M1-203064 | CAVALRY PORTFOLIO | BENIG ALOHA P | 11/10/2010 |
| 2010-M1-203065 | CAVALRY PORTFOLIO | PETRIDES JOHN P | 11/10/2010 |
| 2010-M1-203066 | CAVALRY PORTFOLIO | MOY JOHNNY | 11/10/2010 |
| 2010-M1-203067 | CAVALRY PORTFOLIO | TENORIO MARIA L | 11/10/2010 |
| 2010-M1-203068 | CAVALRY PORTFOLIO | PATTERSON CHRISTIN | 11/10/2010 |
| 2010-M1-203069 | CAVALRY PORTFOLIO | CARTER MOMEVER KR | 11/10/2010 |
| 2010-M1-203070 | CAVALRY PORTFOLIO | CASSO PAMELA M | 11/10/2010 |
| 2010-M1-203071 | CAVALRY PORTFOLIO | CHAFOURIAN NAUDER | 11/10/2010 |
| 2010-M1-203073 | CAVALRY PORTFOLIO | WHITE CHRISTOPHER | 11/10/2010 |
| 2010-M1-203074 | CAVALRY PORTFOLIO | DELVALLE AARON | 11/10/2010 |
| 2010-M1-203075 | CAVALRY PORTFOLIO | WALKER PATRICE A | 11/10/2010 |
| 2010-M1-203077 | CAVALRY PORTFOLIO | DINKINS BERTA M | 11/10/2010 |
| 2010-M1-203078 | CAVALRY PORTFOLIO | CERF MICHAEL | 11/10/2010 |
| 2010-M1-203081 | CAVALRY PORTFOLIO | OGLESBY DARNYL D | 11/10/2010 |
| 2010-M1-203082 | CAVALRY PORTFOLIO | DREW JENNIFER | 11/10/2010 |
| 2010-M1-203084 | CAVALRY PORTFOLIO | ADLER EDWARD | 11/10/2010 |
| 2010-M1-203085 | CAVALRY PORTFOLIO | JENKINS ELIZABETH | 11/10/2010 |
| 2010-M1-203087 | CAVALRY PORTFOLIO | CATES LESLEY | 11/10/2010 |
| 2010-M1-203089 | CAVALRY PORTFOLIO | HALAIKAH ROVAYDA M | 11/10/2010 |
| 2010-M1-203208 | CAVALRY PORTFOLIO | GREEN RHONDA Y | 11/10/2010 |
| 2010-M1-203210 | CAVALRY PORTFOLIO | KOPEC ELZBIETA | 11/10/2010 |
| 2010-M1-203211 | CAVALRY PORTFOLIO | CLAXTON HENRY L | 11/10/2010 |
| 2010-M1-203213 | CAVALRY PORTFOLIO | WILLIAMS DANA | 11/10/2010 |
| 2010-M1-203214 | CAVALRY PORTFOLIO | ESMERALDA HELEN L | 11/10/2010 |
| 2010-M1-203215 | CAVALRY PORTFOLIO | MORGAN JEROME N | 11/10/2010 |
| 2010-M1-203216 | CAVALRY PORTFOLIO | WEISFUS ALEXIS N | 11/10/2010 |

| Case Number | Plaintiff | Defendant | Date |
|---|---|---|---|
| 2010-M1-203217 | CAVALRY PORTFOLIO | LAPADUS NICOLAE V | 11/10/2010 |
| 2010-M1-203218 | CAVALRY PORTFOLIO | DEANE STEPHANIE | 11/10/2010 |
| 2010-M1-203219 | CAVALRY PORTFOLIO | DELAHOYA FRANCISCO | 11/10/2010 |
| 2010-M1-203220 | CAVALRY PORTFOLIO | CORZINE DEIRDRE | 11/10/2010 |
| 2010-M1-203221 | CAVALRY PORTFOLIO | WEIDNER NADYA S | 11/10/2010 |
| 2010-M1-203222 | CAVALRY PORTFOLIO | MCDANIELS DONYALE | 11/10/2010 |
| 2010-M1-203223 | CAVALRY PORTFOLIO | NUNTHAPIWAT DUANGC | 11/10/2010 |
| 2010-M1-203224 | CAVALRY PORTFOLIO | PALMER CYNTHIA J | 11/10/2010 |
| 2010-M1-203225 | CAVALRY PORTFOLIO | HAMPTON BARUCH R | 11/10/2010 |
| 2010-M1-203226 | CAVALRY PORTFOLIO | SIKORA ANNA | 11/10/2010 |
| 2010-M3-004171 | CAVALRY PORTFOLIO | USERY JOSEPH C | 11/10/2010 |
| 2010-M1-202566 | CAVALRY PORTFOLIO | SHIMAN LORA | 11/09/2010 |
| 2010-M1-202567 | CAVALRY PORTFOLIO | HALL CAROLE G | 11/09/2010 |
| 2010-M1-202568 | CAVALRY PORTFOLIO | ALARCON SOFIA | 11/09/2010 |
| 2010-M1-202569 | CAVALRY PORTFOLIO | MENOLASCINO NICOLE | 11/09/2010 |
| 2010-M1-202570 | CAVALRY PORTFOLIO | HAWTHORNE MARY ANN | 11/09/2010 |
| 2010-M1-202572 | CAVALRY PORTFOLIO | LINDGRE LUCILLE M | 11/09/2010 |
| 2010-M1-202574 | CAVALRY PORTFOLIO | MARTIN BRYAN E | 11/09/2010 |
| 2010-M1-202576 | CAVALRY PORTFOLIO | AUGUSTE PAULETTE | 11/09/2010 |
| 2010-M1-202578 | CAVALRY PORTFOLIO | BADOWSKA ROZALIA | 11/09/2010 |
| 2010-M1-202579 | CAVALRY PORTFOLIO | GARNO NANNETTE S | 11/09/2010 |
| 2010-M1-202580 | CAVALRY PORTFOLIO | DE CELIS ANA I RUB | 11/09/2010 |
| 2010-M1-202581 | CAVALRY PORTFOLIO | ROBERTS JAMES | 11/09/2010 |
| 2010-M1-202582 | CAVALRY PORTFOLIO | SHORTER CAROLYN | 11/09/2010 |
| 2010-M1-202583 | CAVALRY PORTFOLIO | CUMBA MANUEL A | 11/09/2010 |
| 2010-M1-202584 | CAVALRY PORTFOLIO | URSACHI NISTOR V | 11/09/2010 |
| 2010-M1-202585 | CAVALRY PORTFOLIO | LEVI GLORIA J | 11/09/2010 |
| 2010-M1-202586 | CAVALRY PORTFOLIO | CAGER LYNNAYA A | 11/09/2010 |
| 2010-M1-202587 | CAVALRY PORTFOLIO | ANDERSON PATRICIA | 11/09/2010 |
| 2010-M1-202588 | CAVALRY PORTFOLIO | LUIKAART AMANDA A | 11/09/2010 |
| 2010-M1-202589 | CAVALRY PORTFOLIO | SHORTER CAROLYN | 11/09/2010 |
| 2010-M1-202590 | CAVALRY PORTFOLIO | MILLER ANNIE | 11/09/2010 |
| 2010-M1-202591 | CAVALRY PORTFOLIO | MITCHELL OCIA M | 11/09/2010 |
| 2010-M1-202592 | CAVALRY PORTFOLIO | RODRIGUEZ JOSE M | 11/09/2010 |
| 2010-M1-202593 | CAVALRY PORTFOLIO | DUNHAM MICHELLE R | 11/09/2010 |
| 2010-M1-202594 | CAVALRY PORTFOLIO | MCFARLAND DONTE S | 11/09/2010 |

1/30/2011 https://w3.courtlink.lexisnexis.com/coo...

| | | | |
|---|---|---|---|
| 2010-M1-202595 | CAVALRY PORTFOLIO | KINHA EVELYNE M | 11/09/2010 |
| 2010-M1-202596 | CAVALRY PORTFOLIO | CAHER JOHN B | 11/09/2010 |
| 2010-M1-202597 | CAVALRY PORTFOLIO | HANNIGAN MARIANNE | 11/09/2010 |
| 2010-M1-202599 | CAVALRY PORTFOLIO | COLLIER DANA R | 11/09/2010 |
| 2010-M1-202600 | CAVALRY PORTFOLIO | MARTINEZ ROBERT | 11/09/2010 |
| 2010-M1-202601 | CAVALRY PORTFOLIO | TREPANIER TODD R | 11/09/2010 |
| 2010-M1-202602 | CAVALRY PORTFOLIO | DIAZ ESTHER | 11/09/2010 |
| 2010-M1-202603 | CAVALRY PORTFOLIO | MILLER ANNIE | 11/09/2010 |
| 2010-M1-202604 | CAVALRY PORTFOLIO | DURAND AUGUSTIN | 11/09/2010 |
| 2010-M1-202605 | CAVALRY PORTFOLIO | ALVAREZ OMAR | 11/09/2010 |
| 2010-M1-202606 | CAVALRY PORTFOLIO | DODSON EVERETT B | 11/09/2010 |
| 2010-M1-202607 | CAVALRY PORTFOLIO | BIBBS JULIE H | 11/09/2010 |
| 2010-M1-202608 | CAVALRY PORTFOLIO | RITCHIE JOHN R | 11/09/2010 |
| 2010-M1-202609 | CAVALRY PORTFOLIO | AMIN TARIQ | 11/09/2010 |
| 2010-M1-202610 | CAVALRY PORTFOLIO | BRAVO GERMAN A | 11/09/2010 |
| 2010-M1-202611 | CAVALRY PORTFOLIO | LITTLE ROBERT J | 11/09/2010 |
| 2010-M1-202612 | CAVALRY PORTFOLIO | TOSCANO REINA | 11/09/2010 |
| 2010-M1-202613 | CAVALRY PORTFOLIO | DOUGLAS FAITH E | 11/09/2010 |
| 2010-M1-202614 | CAVALRY PORTFOLIO | TRACZ KRZYSZTOF M | 11/09/2010 |
| 2010-M1-202615 | CAVALRY PORTFOLIO | TYLER VERONICA L | 11/09/2010 |
| 2010-M1-202616 | CAVALRY PORTFOLIO | PARKER MAVIE T | 11/09/2010 |
| 2010-M1-202617 | CAVALRY PORTFOLIO | CRAIG PENNY | 11/09/2010 |
| 2010-M1-202618 | CAVALRY PORTFOLIO | RAY GLENNESE MICHE | 11/09/2010 |
| 2010-M1-202619 | CAVALRY PORTFOLIO | PEARSON TWILA D | 11/09/2010 |
| 2010-M1-202620 | CAVALRY PORTFOLIO | MEAKENS TIMOTHY C | 11/09/2010 |
| 2010-M1-202417 | CAVALRY PORTFOLIO | JONES JAMES E | 11/08/2010 |
| 2010-M1-202418 | CAVALRY PORTFOLIO | HOLMAN DANA | 11/08/2010 |
| 2010-M1-202419 | CAVALRY PORTFOLIO | CARROLL VICKI | 11/08/2010 |
| 2010-M1-202420 | CAVALRY PORTFOLIO | CARTER LAKEESHA | 11/08/2010 |
| 2010-M1-202421 | CAVALRY PORTFOLIO | HEZAYIN AHMAD M | 11/08/2010 |
| 2010-M1-202423 | CAVALRY PORTFOLIO | SMITH ANDREW | 11/08/2010 |
| 2010-M1-202424 | CAVALRY PORTFOLIO | PEREZ YOLANDA | 11/08/2010 |
| 2010-M1-202425 | CAVALRY PORTFOLIO | MARIN RODRIGO | 11/08/2010 |
| 2010-M1-202426 | CAVALRY PORTFOLIO | HYLAND JENNIFER | 11/08/2010 |
| 2010-M1-202427 | CAVALRY PORTFOLIO | RAMIREZ CATHY | 11/08/2010 |

| | | | |
|---|---|---|---|
| 2010-M1-202428 | CAVALRY PORTFOLIO | HAMILTON OSCAR L | 11/08/2010 |
| 2010-M1-202429 | CAVALRY PORTFOLIO | AHMED MOHAMMED S | 11/08/2010 |
| 2010-M1-202431 | CAVALRY PORTFOLIO | EMANUEL TRACY | 11/08/2010 |
| 2010-M1-202432 | CAVALRY PORTFOLIO | QUIMBY PATRICIA | 11/08/2010 |
| 2010-M1-202433 | CAVALRY PORTFOLIO | MILAT DEIJAL L | 11/08/2010 |
| 2010-M1-202435 | CAVALRY PORTFOLIO | OWENS MALCOLM I | 11/08/2010 |
| 2010-M1-202437 | CAVALRY PORTFOLIO | RODRIGUEZ JOSE A | 11/08/2010 |
| 2010-M1-202439 | CAVALRY PORTFOLIO | DELGADO SANTIAGO | 11/08/2010 |
| 2010-M1-202440 | CAVALRY PORTFOLIO | LOSBANES CHRISTINE | 11/08/2010 |
| 2010-M1-202441 | CAVALRY PORTFOLIO | CAMPBELL JADA | 11/08/2010 |
| 2010-M1-202443 | CAVALRY PORTFOLIO | ROBINSON LOUISE | 11/08/2010 |
| 2010-M1-202445 | CAVALRY PORTFOLIO | KHANANI AKIB | 11/08/2010 |
| 2010-M1-202447 | CAVALRY PORTFOLIO | DUKE HEATHER B | 11/08/2010 |
| 2010-M1-202448 | CAVALRY PORTFOLIO | CUATLE MARIA GUADA | 11/08/2010 |
| 2010-M1-202454 | CAVALRY PORTFOLIO | ALLEN DONNA S | 11/08/2010 |
| 2010-M1-202456 | CAVALRY PORTFOLIO | TERRY MARVA D | 11/08/2010 |
| 2010-M1-202460 | CAVALRY PORTFOLIO | SIVEK PATRICIA A | 11/08/2010 |
| 2010-M1-201986 | CAVALRY PORTFOLIO | JONES MATTIE | 11/05/2010 |
| 2010-M1-202085 | CAVALRY PORTFOLIO | RAND DERRYCK J SR | 11/05/2010 |
| 2010-M1-202086 | CAVALRY PORTFOLIO | GRADY ANTIONETTE M | 11/05/2010 |
| 2010-M1-202087 | CAVALRY PORTFOLIO | ASIAMA PAUL J | 11/05/2010 |
| 2010-M1-202088 | CAVALRY PORTFOLIO | PAULEMILE HAROLD | 11/05/2010 |
| 2010-M1-202089 | CAVALRY PORTFOLIO | BROWN PIERRE S SR | 11/05/2010 |
| 2010-M1-202090 | CAVALRY PORTFOLIO | SOLOMON VALERIE J | 11/05/2010 |
| 2010-M1-202091 | CAVALRY PORTFOLIO | FAULKNER BOOKER T | 11/05/2010 |
| 2010-M1-202092 | CAVALRY PORTFOLIO | HANZEL JOHN | 11/05/2010 |
| 2010-M1-202093 | CAVALRY PORTFOLIO | BROOMFIELD PEARL | 11/05/2010 |
| 2010-M1-202094 | CAVALRY PORTFOLIO | ALMASRI HASEM | 11/05/2010 |
| 2010-M1-202095 | CAVALRY PORTFOLIO | MRJENOVICH RONALD | 11/05/2010 |
| 2010-M1-202096 | CAVALRY PORTFOLIO | MCCOUGH SHARON | 11/05/2010 |
| 2010-M1-202097 | CAVALRY PORTFOLIO | EDWARDSON PAUL S | 11/05/2010 |
| 2010-M1-202098 | CAVALRY PORTFOLIO | JACSON ERIC T | 11/05/2010 |
| 2010-M1-202099 | CAVALRY PORTFOLIO | GILMARTIN DOLORES | 11/05/2010 |
| 2010-M1-202100 | CAVALRY PORTFOLIO | VAZQUEZ MAYREL | 11/05/2010 |
| 2010-M1-202101 | CAVALRY PORTFOLIO | JOHNSON JUANITA H | 11/05/2010 |