1/30/2011 https://w3.courtlink.lexisnexis.com/coo...

| | | | |
|---|---|---|---|
| 2010-M1-202102 | CAVALRY PORTFOLIO | AVRAM GHEORGHE | 11/05/2010 |
| 2010-M1-202103 | CAVALRY PORTFOLIO | CHECICHES LIVIU G | 11/05/2010 |
| 2010-M1-202104 | CAVALRY PORTFOLIO | SMITH WANDA A | 11/05/2010 |
| 2010-M1-202105 | CAVALRY PORTFOLIO | HOPKINS TAMIKA N | 11/05/2010 |
| 2010-M1-202106 | CAVALRY PORTFOLIO | FAULKNER JOSIE | 11/05/2010 |
| 2010-M1-202107 | CAVALRY PORTFOLIO | KMIECIK KAZIMIERZ | 11/05/2010 |
| 2010-M1-202108 | CAVALRY PORTFOLIO | SANDERSON JEFFREY | 11/05/2010 |
| 2010-M1-202109 | CAVALRY PORTFOLIO | PACHECO MARGOT | 11/05/2010 |
| 2010-M1-202110 | CAVALRY PORTFOLIO | KAPRON JOHN | 11/05/2010 |
| 2010-M1-202111 | CAVALRY PORTFOLIO | RICE DUANE | 11/05/2010 |
| 2010-M1-202112 | CAVALRY PORTFOLIO | BLACKBURN RENEE | 11/05/2010 |
| 2010-M1-202113 | CAVALRY PORTFOLIO | WASIK JAS | 11/05/2010 |
| 2010-M1-202114 | CAVALRY PORTFOLIO | NWAOKOCHA ROSELINE | 11/05/2010 |
| 2010-M1-202115 | CAVALRY PORTFOLIO | TURSUNALIEV SERIK | 11/05/2010 |
| 2010-M1-202116 | CAVALRY PORTFOLIO | SAWYER CATHY DAVIS | 11/05/2010 |
| 2010-M1-202117 | CAVALRY PORTFOLIO | TRAN TIENG Q | 11/05/2010 |
| 2010-M1-202118 | CAVALRY PORTFOLIO | RIVERA JUAN C | 11/05/2010 |
| 2010-M1-202119 | CAVALRY PORTFOLIO | DAVIS GEORGE R | 11/05/2010 |
| 2010-M1-202120 | CAVALRY PORTFOLIO | DANKHA MARY S | 11/05/2010 |
| 2010-M1-202124 | CAVALRY PORTFOLIO | DYRA BARBARA J | 11/05/2010 |
| 2010-M1-202125 | CAVALRY PORTFOLIO | OLAGUEZ JOSE M | 11/05/2010 |
| 2010-M1-202126 | CAVALRY PORTFOLIO | NUGIN EVON | 11/05/2010 |
| 2010-M1-202127 | CAVALRY PORTFOLIO | GLOVER ROBINA SHAN | 11/05/2010 |
| 2010-M1-202128 | CAVALRY PORTFOLIO | RENDON ALEXIS | 11/05/2010 |
| 2010-M1-202129 | CAVALRY PORTFOLIO | LONDONO MONICA | 11/05/2010 |
| 2010-M1-202130 | CAVALRY PORTFOLIO | COLLINS PHILE | 11/05/2010 |
| 2010-M1-202131 | CAVALRY PORTFOLIO | RUDY JAMES A SR | 11/05/2010 |
| 2010-M1-202132 | CAVALRY PORTFOLIO | HOLDER ASHANTI N | 11/05/2010 |
| 2010-M1-202133 | CAVALRY PORTFOLIO | GREATHOUSE LEROY | 11/05/2010 |
| 2010-M1-202135 | CAVALRY PORTFOLIO | FACIO RITA | 11/05/2010 |
| 2010-M1-202136 | CAVALRY PORTFOLIO | FIGUEROA JOSE L | 11/05/2010 |
| 2010-M1-202137 | CAVALRY PORTFOLIO | BILLS FLORENCE | 11/05/2010 |
| 2010-M1-202138 | CAVALRY PORTFOLIO | KINER PHILLIP A | 11/05/2010 |
| 2010-M1-201478 | CAVALRY PORTFOLIO | MILLER ANDRE J | 11/04/2010 |
| 2010-M1-201480 | CAVALRY PORTFOLIO | BACKMAN KYLE R | 11/04/2010 |

1/30/2011 https://w3.courtlink.lexisnexis.com/coo...

| | | | |
|---|---|---|---|
| 2010-M1-201482 | CAVALRY PORTFOLIO | DIXON IRMA | 11/04/2010 |
| 2010-M1-201483 | CAVALRY PORTFOLIO | WILLIAMS PATRICK E | 11/04/2010 |
| 2010-M1-201485 | CAVALRY PORTFOLIO | FAIR MARCIA C | 11/04/2010 |
| 2010-M1-201488 | CAVALRY PORTFOLIO | WILLIAMS MONISHA P | 11/04/2010 |
| 2010-M1-201489 | CAVALRY PORTFOLIO | GRANGER TRESEA A | 11/04/2010 |
| 2010-M1-201491 | CAVALRY PORTFOLIO | VELEZ GERMAN H | 11/04/2010 |
| 2010-M1-201492 | CAVALRY PORTFOLIO | STEWART REGINALD A | 11/04/2010 |
| 2010-M1-201493 | CAVALRY PORTFOLIO | WILLIAMS NATALIE Y | 11/04/2010 |
| 2010-M1-201495 | CAVALRY PORTFOLIO | WEIDNER LANCE | 11/04/2010 |
| 2010-M1-201497 | CAVALRY PORTFOLIO | MUNOZ ALVARO | 11/04/2010 |
| 2010-M1-201499 | CAVALRY PORTFOLIO | BROOKS JOHN | 11/04/2010 |
| 2010-M1-201501 | CAVALRY PORTFOLIO | WATKINS CYNTHIA | 11/04/2010 |
| 2010-M1-201502 | CAVALRY PORTFOLIO | WELLS MARY A | 11/04/2010 |
| 2010-M1-201504 | CAVALRY PORTFOLIO | ZIMBA TIMOTHY B | 11/04/2010 |
| 2010-M1-201505 | CAVALRY PORTFOLIO | RAMIREZ SERGIO SR | 11/04/2010 |
| 2010-M1-201508 | CAVALRY PORTFOLIO | WILLIAMS RHONDA J | 11/04/2010 |
| 2010-M1-201509 | CAVALRY PORTFOLIO | CALDERON RAQUELL | 11/04/2010 |
| 2010-M1-201510 | CAVALRY PORTFOLIO | BARTUCCI GINO | 11/04/2010 |
| 2010-M1-201512 | CAVALRY PORTFOLIO | AYALA MARGARTA | 11/04/2010 |
| 2010-M1-201513 | CAVALRY PORTFOLIO | KOWAL RAYMOND J | 11/04/2010 |
| 2010-M1-201514 | CAVALRY PORTFOLIO | WHITE ZIPPORAH | 11/04/2010 |
| 2010-M1-201516 | CAVALRY PORTFOLIO | WILLIAMS LISA | 11/04/2010 |
| 2010-M1-201517 | CAVALRY PORTFOLIO | WOODS STEPHANIE L | 11/04/2010 |
| 2010-M1-201518 | CAVALRY PORTFOLIO | ZARATTINI CYNTHIA | 11/04/2010 |
| 2010-M1-201519 | CAVALRY PORTFOLIO | NELSON ROBERT B | 11/04/2010 |
| 2010-M1-201520 | CAVALRY PORTFOLIO | MOHAMMAD MARIA | 11/04/2010 |
| 2010-M1-201521 | CAVALRY PORTFOLIO | NILA ERNESTO | 11/04/2010 |
| 2010-M1-201523 | CAVALRY PORTFOLIO | MONTERO JOSE JR | 11/04/2010 |
| 2010-M1-201524 | CAVALRY PORTFOLIO | WEGELE RETA L | 11/04/2010 |
| 2010-M1-201526 | CAVALRY PORTFOLIO | FOXX ANDRE | 11/04/2010 |
| 2010-M1-201527 | CAVALRY PORTFOLIO | GREEN RORREY C | 11/04/2010 |
| 2010-M1-201529 | CAVALRY PORTFOLIO | HODGES KARYN A | 11/04/2010 |
| 2010-M1-201530 | CAVALRY PORTFOLIO | GOFIS GEORGE S | 11/04/2010 |
| 2010-M1-201532 | CAVALRY PORTFOLIO | DYSON NEVILLE | 11/04/2010 |
| 2010-M1-201535 | CAVALRY PORTFOLIO | DOUGLAS JAMES | 11/04/2010 |

| | | | |
|---|---|---|---|
| 2010-M1-201536 | CAVALRY PORTFOLIO | OWENS MALCOLM | 11/04/2010 |
| 2010-M1-201538 | CAVALRY PORTFOLIO | NUNEZ MARISOL | 11/04/2010 |
| 2010-M1-201362 | CAVALRY PORTFOLIO | SINGLETON VICTOR | 11/03/2010 |
| 2010-M1-201363 | CAVALRY PORTFOLIO | SALGADO MARIA M | 11/03/2010 |
| 2010-M1-201364 | CAVALRY PORTFOLIO | HARRIS LATRESA | 11/03/2010 |
| 2010-M1-201365 | CAVALRY PORTFOLIO | JONES JAMES | 11/03/2010 |
| 2010-M1-201366 | CAVALRY PORTFOLIO | FRIZZLE DURON D | 11/03/2010 |
| 2010-M1-201367 | CAVALRY PORTFOLIO | ESKRIDGE PAULITA | 11/03/2010 |
| 2010-M1-201368 | CAVALRY PORTFOLIO | SIVEK PATRICIA A | 11/03/2010 |
| 2010-M1-201369 | CAVALRY PORTFOLIO | SAITER AMDREW D | 11/03/2010 |
| 2010-M1-201370 | CAVALRY PORTFOLIO | KENNEDY JOANNE | 11/03/2010 |
| 2010-M1-201371 | CAVALRY PORTFOLIO | STRONG TERRI | 11/03/2010 |
| 2010-M1-201372 | CAVALRY PORTFOLIO | BROOKS VALERIE | 11/03/2010 |
| 2010-M1-201373 | CAVALRY PORTFOLIO | WALKER RENEE | 11/03/2010 |
| 2010-M1-201374 | CAVALRY PORTFOLIO | RONCES JOSE | 11/03/2010 |
| 2010-M1-201375 | CAVALRY PORTFOLIO | LEON VERONICA | 11/03/2010 |
| 2010-M1-201376 | CAVALRY PORTFOLIO | KYLE KAREN | 11/03/2010 |
| 2010-M1-201377 | CAVALRY PORTFOLIO | LANE STACEY M | 11/03/2010 |
| 2010-M1-201378 | CAVALRY PORTFOLIO | SALAS ERIKA | 11/03/2010 |
| 2010-M1-201379 | CAVALRY PORTFOLIO | ALI YOUSUF AMEER | 11/03/2010 |
| 2010-M1-201380 | CAVALRY PORTFOLIO | LEON FRANCISCO | 11/03/2010 |
| 2010-M1-201381 | CAVALRY PORTFOLIO | RIVERA SHOTZIE R | 11/03/2010 |
| 2010-M1-201382 | CAVALRY PORTFOLIO | KRAJECKI DAVID | 11/03/2010 |
| 2010-M1-193028 | CAVALRY PORTFOLIO | BIBBS TONY D SR | 10/05/2010 |
| 2010-M1-193029 | CAVALRY PORTFOLIO | VORE ERIN M | 10/05/2010 |
| 2010-M1-193030 | CAVALRY PORTFOLIO | ASSI ALI | 10/05/2010 |
| 2010-M1-193031 | CAVALRY PORTFOLIO | VITAL FRANCISCO | 10/05/2010 |
| 2010-M1-193032 | CAVALRY PORTFOLIO | JACKSON SHAWN | 10/05/2010 |
| 2010-M1-193034 | CAVALRY PORTFOLIO | VAZQUEZ EUGENIO | 10/05/2010 |
| 2010-M1-193036 | CAVALRY PORTFOLIO | LEONE LUIGI F | 10/05/2010 |
| 2010-M1-193038 | CAVALRY PORTFOLIO | PETTIS TYRONE T SR | 10/05/2010 |
| 2010-M1-193040 | CAVALRY PORTFOLIO | CLEMONS CANDIS S | 10/05/2010 |
| 2010-M1-193042 | CAVALRY PORTFOLIO | ALI ANGELA | 10/05/2010 |
| 2010-M1-193044 | CAVALRY PORTFOLIO | OSKWAREK ZOFIA | 10/05/2010 |
| 2010-M1-193046 | CAVALRY PORTFOLIO | HURTADO FERNANDO | 10/05/2010 |

| | | | |
|---|---|---|---|
| 2010-M1-193048 | CAVALRY PORTFOLIO | WOODS CALVIN | 10/05/2010 |
| 2010-M1-193051 | CAVALRY PORTFOLIO | BRANCH FRANK | 10/05/2010 |
| 2010-M3-003687 | CAVALRY PORTFOLIO | KNIGHT TOBIN B | 09/29/2010 |
| 2010-M3-003688 | CAVALRY PORTFOLIO | TENG VICTOR O | 09/29/2010 |
| 2010-M3-003689 | CAVALRY PORTFOLIO | KIM U Y | 09/29/2010 |
| 2010-M1-191274 | CAVALRY PORTFOLIO | GUTIERREZ ERNEST | 09/29/2010 |
| 2010-M1-191277 | CAVALRY PORTFOLIO | MANZANARES TANIA | 09/29/2010 |
| 2010-M1-191279 | CAVALRY PORTFOLIO | SANCHEZ NAZ | 09/29/2010 |
| 2010-M1-191282 | CAVALRY PORTFOLIO | JACKSON VALJEAN | 09/29/2010 |
| 2010-M1-191284 | CAVALRY PORTFOLIO | STRONG JOHN | 09/29/2010 |
| 2010-M1-191287 | CAVALRY PORTFOLIO | THOMAS CHELSEA | 09/29/2010 |
| 2010-M1-191288 | CAVALRY PORTFOLIO | ZUNIGA RICARDO | 09/29/2010 |
| 2010-M1-191289 | CAVALRY PORTFOLIO | CEASAR ALTHERIA | 09/29/2010 |
| 2010-M1-191290 | CAVALRY PORTFOLIO | MURPHY DWAYNE | 09/29/2010 |
| 2010-M1-191291 | CAVALRY PORTFOLIO | ROBERTS JAMEA | 09/29/2010 |
| 2010-M1-191292 | CAVALRY PORTFOLIO | MCMILLER KEITH A | 09/29/2010 |
| 2010-M1-191293 | CAVALRY PORTFOLIO | TATUM DAVID A | 09/29/2010 |
| 2010-M1-191294 | CAVALRY PORTFOLIO | XIONG KHUNTA | 09/29/2010 |
| 2010-M1-191295 | CAVALRY PORTFOLIO | WILBON JOAN P | 09/29/2010 |
| 2010-M1-191296 | CAVALRY PORTFOLIO | GARIBAY SALVADOR L | 09/29/2010 |
| 2010-M1-191303 | CAVALRY PORTFOLIO | OVERTON JAMES O | 09/29/2010 |
| 2010-M1-191304 | CAVALRY PORTFOLIO | SCOTT ROBERT J | 09/29/2010 |
| 2010-M1-191306 | CAVALRY PORTFOLIO | THURMOND DONNA A | 09/29/2010 |
| 2010-M1-191307 | CAVALRY PORTFOLIO | WOLCHUK LEONARD J | 09/29/2010 |
| 2010-M1-191308 | CAVALRY PORTFOLIO | ZIEMAN VICKI | 09/29/2010 |
| 2010-M1-191309 | CAVALRY PORTFOLIO | STUBBS NATALIE | 09/29/2010 |
| 2010-M1-191310 | CAVALRY PORTFOLIO | DREW DAVID | 09/29/2010 |
| 2010-M1-191311 | CAVALRY PORTFOLIO | WEATHERALL OLYMPIA | 09/29/2010 |
| 2010-M1-191312 | CAVALRY PORTFOLIO | LEWIS MARVIN | 09/29/2010 |
| 2010-M1-191313 | CAVALRY PORTFOLIO | HAWKINS TRACIE | 09/29/2010 |
| 2010-M1-191314 | CAVALRY PORTFOLIO | KIM SOOK | 09/29/2010 |
| 2010-M1-191315 | CAVALRY PORTFOLIO | BROWN PATRICIA | 09/29/2010 |
| 2010-M1-191316 | CAVALRY PORTFOLIO | SPIZZIRRI PIETRO | 09/29/2010 |
| 2010-M1-191317 | CAVALRY PORTFOLIO | HERNANDEZ OCTAVIO | 09/29/2010 |
| 2010-M1-191318 | CAVALRY PORTFOLIO | WHITE CHARLOTTE | 09/29/2010 |
| 2010-M1-191319 | CAVALRY PORTFOLIO | ANGUIANO JAIME | 09/29/2010 |

1/30/2011  https://w3.courtlink.lexisnexis.com/coo...

| | | | |
|---|---|---|---|
| 2010-M1-191320 | CAVALRY PORTFOLIO | DRANKIE DAVID | 09/29/2010 |
| 2010-M1-501556 | CAVALRY PORTFOLIO | HURTADO ERICA | 09/28/2010 |
| 2010-M1-190065 | CAVALRY PORTFOLIO | SLUSHER DENNIS | 09/27/2010 |
| 2010-M1-190066 | CAVALRY PORTFOLIO | PATTON RICHARD | 09/27/2010 |
| 2010-M1-190067 | CAVALRY PORTFOLIO | GUZMAN LUCIO | 09/27/2010 |
| 2010-M1-190068 | CAVALRY PORTFOLIO | TRAPP DESIREE | 09/27/2010 |
| 2010-M1-190069 | CAVALRY PORTFOLIO | PENNY CHRISTOPHER | 09/27/2010 |
| 2010-M1-190070 | CAVALRY PORTFOLIO | CORTEZ ALEXANDER | 09/27/2010 |
| 2010-M1-190071 | CAVALRY PORTFOLIO | RARICK ROYAL | 09/27/2010 |
| 2010-M1-190072 | CAVALRY PORTFOLIO | SHORTER DAVINA | 09/27/2010 |
| 2010-M1-190073 | CAVALRY PORTFOLIO | BROWN OUDIE B | 09/27/2010 |
| 2010-M1-190074 | CAVALRY PORTFOLIO | JABLONSKI HAROLD T | 09/27/2010 |
| 2010-M1-190075 | CAVALRY PORTFOLIO | SOW MOHAMED | 09/27/2010 |
| 2010-M1-190076 | CAVALRY PORTFOLIO | DAVIS DELICIA G | 09/27/2010 |
| 2010-M1-190077 | CAVALRY PORTFOLIO | ELLIS DORIS | 09/27/2010 |
| 2010-M1-190078 | CAVALRY PORTFOLIO | SALIU ADEBOLA N | 09/27/2010 |
| 2010-M1-190079 | CAVALRY PORTFOLIO | BEY ROSA W | 09/27/2010 |
| 2010-M1-190080 | CAVALRY PORTFOLIO | HARBAUGH JOHNNIE | 09/27/2010 |
| 2010-M1-190081 | CAVALRY PORTFOLIO | NICHOLSON ALAN J | 09/27/2010 |
| 2010-M1-190083 | CAVALRY PORTFOLIO | STROUD DARRYL S | 09/27/2010 |
| 2010-M1-190085 | CAVALRY PORTFOLIO | LOVE ROY L | 09/27/2010 |
| 2010-M1-190087 | CAVALRY PORTFOLIO | BONOMO RAYMOND W | 09/27/2010 |
| 2010-M1-190199 | CAVALRY PORTFOLIO | WOJCIECHOWSKI KELL | 09/27/2010 |
| 2010-M1-190201 | CAVALRY PORTFOLIO | DABELL FAREN | 09/27/2010 |
| 2010-M1-190204 | CAVALRY PORTFOLIO | ROBELO EMMANUEL | 09/27/2010 |
| 2010-M1-190206 | CAVALRY PORTFOLIO | MCNABB JESSE J | 09/27/2010 |
| 2010-M1-190208 | CAVALRY PORTFOLIO | IGARTUA SALLY | 09/27/2010 |
| 2010-M1-190226 | CAVALRY PORTFOLIO | HAUES HOWARD L | 09/27/2010 |
| 2010-M1-188994 | CAVALRY PORTFOLIO | FAZEKAS DENNIS J | 09/23/2010 |
| 2010-M1-188996 | CAVALRY PORTFOLIO | BERNIER JEANPIERRE | 09/23/2010 |
| 2010-M1-188999 | CAVALRY PORTFOLIO | CORREA MARTHA | 09/23/2010 |
| 2010-M1-189001 | CAVALRY PORTFOLIO | BROADFIELD GLENN A | 09/23/2010 |
| 2010-M1-189003 | CAVALRY PORTFOLIO | ABBOTT FRED | 09/23/2010 |
| 2010-M1-189005 | CAVALRY PORTFOLIO | KING JULINE E | 09/23/2010 |
| 2010-M1-189008 | CAVALRY PORTFOLIO | VALENCIANO VERONIC | 09/23/2010 |

| | | | |
|---|---|---|---|
| 2010-M1-189011 | CAVALRY PORTFOLIO | PAIGE MICHELLE | 09/23/2010 |
| 2010-M1-189013 | CAVALRY PORTFOLIO | BROWN DARRON | 09/23/2010 |
| 2010-M1-189015 | CAVALRY PORTFOLIO | KORSCHGEN MARK C | 09/23/2010 |
| 2010-M1-189017 | CAVALRY PORTFOLIO | ALEXANDER RANNY | 09/23/2010 |
| 2010-M1-189019 | CAVALRY PORTFOLIO | LAWRENCE JOSE | 09/23/2010 |
| 2010-M1-189021 | CAVALRY PORTFOLIO | COCHRAN LUZVIMINDA | 09/23/2010 |
| 2010-M1-189024 | CAVALRY PORTFOLIO | CANTY TARA | 09/23/2010 |
| 2010-M1-189052 | CAVALRY PORTFOLIO | BROOKS MARIA T | 09/23/2010 |
| 2010-M1-189054 | CAVALRY PORTFOLIO | JACKSON FLORENCE | 09/23/2010 |
| 2010-M1-189055 | CAVALRY PORTFOLIO | BERNAL SISTO | 09/23/2010 |
| 2010-M1-189056 | CAVALRY PORTFOLIO | JOHNSON JERALD | 09/23/2010 |
| 2010-M1-189057 | CAVALRY PORTFOLIO | MCNABB COURTNEY F | 09/23/2010 |
| 2010-M1-189058 | CAVALRY PORTFOLIO | FRANKLIN MARGARET | 09/23/2010 |
| 2010-M1-189059 | CAVALRY PORTFOLIO | GIERALD MICHELLE | 09/23/2010 |
| 2010-M1-189061 | CAVALRY PORTFOLIO | HARTH ANTOINETTE L | 09/23/2010 |
| 2010-M1-189062 | CAVALRY PORTFOLIO | SCOTT RICHARD | 09/23/2010 |
| 2010-M1-189063 | CAVALRY PORTFOLIO | LENOIR NELL | 09/23/2010 |
| 2010-M1-189064 | CAVALRY PORTFOLIO | HOLLAND GARY | 09/23/2010 |
| 2010-M1-189326 | CAVALRY PORTFOLIO | GONZALEZ ENRIQUE | 09/23/2010 |
| 2010-M1-189327 | CAVALRY PORTFOLIO | DISMUKE TONDININA | 09/23/2010 |
| 2010-M1-189329 | CAVALRY PORTFOLIO | WHITE BARBARA | 09/23/2010 |
| 2010-M1-189330 | CAVALRY PORTFOLIO | SCHILTZ JAMES | 09/23/2010 |
| 2010-M1-189332 | CAVALRY PORTFOLIO | ESIAKA OSCAR | 09/23/2010 |
| 2010-M1-189333 | CAVALRY PORTFOLIO | KEARNEY ANGELA | 09/23/2010 |
| 2010-M1-189335 | CAVALRY PORTFOLIO | BRIERE CYNTHIA | 09/23/2010 |
| 2010-M1-189336 | CAVALRY PORTFOLIO | KLICH JOHN | 09/23/2010 |
| 2010-M1-189337 | CAVALRY PORTFOLIO | WHEELER MARCIA | 09/23/2010 |
| 2010-M1-189338 | CAVALRY PORTFOLIO | ROBINSON ELLA | 09/23/2010 |
| 2010-M1-189339 | CAVALRY PORTFOLIO | CANTOR CISTINA | 09/23/2010 |
| 2010-M1-189348 | CAVALRY PORTFOLIO | KORSAH JOSEPH | 09/23/2010 |
| 2010-M1-189349 | CAVALRY PORTFOLIO | GURRAMKONDA REDDY | 09/23/2010 |
| 2010-M1-189350 | CAVALRY PORTFOLIO | INTARANAK TEERAPAN | 09/23/2010 |
| 2010-M1-189351 | CAVALRY PORTFOLIO | MENARD CARYN J | 09/23/2010 |
| 2010-M1-189352 | CAVALRY PORTFOLIO | OTTMANN STEPHEN K | 09/23/2010 |
| 2010-M1-189353 | CAVALRY PORTFOLIO | JOENS CINDY S | 09/23/2010 |

| | | | |
|---|---|---|---|
| 2010-M1-189354 | CAVALRY PORTFOLIO | MOORE TINA M | 09/23/2010 |
| 2010-M1-189355 | CAVALRY PORTFOLIO | STERNLIGHT MALGORZ | 09/23/2010 |
| 2010-M1-189356 | CAVALRY PORTFOLIO | GARRISON PHILIP | 09/23/2010 |
| 2010-M1-189357 | CAVALRY PORTFOLIO | CHAVEZ VERONICA | 09/23/2010 |
| 2010-M1-189358 | CAVALRY PORTFOLIO | TATE JAMES | 09/23/2010 |
| 2010-M1-189359 | CAVALRY PORTFOLIO | CAVER ONTWON L | 09/23/2010 |
| 2010-M1-189360 | CAVALRY PORTFOLIO | GARDNER ARZULA | 09/23/2010 |
| 2010-M1-189361 | CAVALRY PORTFOLIO | BROOKS STEPHEN L | 09/23/2010 |
| 2010-M1-189362 | CAVALRY PORTFOLIO | CHURCHVARA KRISTI | 09/23/2010 |
| 2010-M1-189363 | CAVALRY PORTFOLIO | CLARK MARGUERITE C | 09/23/2010 |
| 2010-M1-189364 | CAVALRY PORTFOLIO | DANIELS STEPHANIE | 09/23/2010 |
| 2010-M1-189365 | CAVALRY PORTFOLIO | EBERHARDT CHANDRA | 09/23/2010 |
| 2010-M1-189366 | CAVALRY PORTFOLIO | GUSTAFSON MITCHELL | 09/23/2010 |
| 2010-M1-188870 | CAVALRY PORTFOLIO | REARDON MARVIN | 09/22/2010 |
| 2010-M1-188872 | CAVALRY PORTFOLIO | DAVIS RENIA | 09/22/2010 |
| 2010-M1-188873 | CAVALRY PORTFOLIO | MERRIWEATHER MELIS | 09/22/2010 |
| 2010-M1-188874 | CAVALRY PORTFOLIO | DOMINGUEZ DAVID | 09/22/2010 |
| 2010-M1-188875 | CAVALRY PORTFOLIO | BORCHARDT ANDREA N | 09/22/2010 |
| 2010-M1-188876 | CAVALRY PORTFOLIO | JOHNSON JERALD | 09/22/2010 |
| 2010-M1-188877 | CAVALRY PORTFOLIO | GUTT MARTIN | 09/22/2010 |
| 2010-M1-188878 | CAVALRY PORTFOLIO | KOSTUR PETAR L | 09/22/2010 |
| 2010-M1-188883 | CAVALRY PORTFOLIO | FRANKLIN LYNDA M | 09/22/2010 |
| 2010-M1-188884 | CAVALRY PORTFOLIO | KULESZA GRZEGORZ | 09/22/2010 |
| 2010-M1-185910 | CAVALRY PORTFOLIO | LAMBERT KENNETHE | 09/14/2010 |
| 2010-M1-185911 | CAVALRY PORTFOLIO | HAYNES IRITA M | 09/14/2010 |
| 2010-M1-185912 | CAVALRY PORTFOLIO | GOODRUM NOLAN | 09/14/2010 |
| 2010-M1-185913 | CAVALRY PORTFOLIO | ROBERTSON LORETHA | 09/14/2010 |
| 2010-M1-185914 | CAVALRY PORTFOLIO | HOWARD JULIA | 09/14/2010 |
| 2010-M1-185915 | CAVALRY PORTFOLIO | ROBERTS KENNETH | 09/14/2010 |
| 2010-M1-185916 | CAVALRY PORTFOLIO | HALAIKAH AHMAD A | 09/14/2010 |
| 2010-M1-185917 | CAVALRY PORTFOLIO | DUNCAN MARY J | 09/14/2010 |
| 2010-M1-185918 | CAVALRY PORTFOLIO | IZEBHIJIE WILLIAM | 09/14/2010 |
| 2010-M1-185919 | CAVALRY PORTFOLIO | ROSE SHARON | 09/14/2010 |
| 2010-M1-185920 | CAVALRY PORTFOLIO | PRICE MONIQUE C | 09/14/2010 |
| 2010-M1-185921 | CAVALRY PORTFOLIO | TECHEIRA KARITZA V | 09/14/2010 |
| 2010-M1-185922 | CAVALRY PORTFOLIO | UDD GRAEME C | 09/14/2010 |

| | | | |
|---|---|---|---|
| 2010-M1-185923 | CAVALRY PORTFOLIO | MENDEZ ALFREDO | 09/14/2010 |
| 2010-M1-185924 | CAVALRY PORTFOLIO | PONTECORE BRADLEY | 09/14/2010 |
| 2010-M1-185925 | CAVALRY PORTFOLIO | BALDASSARRA JARROD | 09/14/2010 |
| 2010-M1-185938 | CAVALRY PORTFOLIO | FIRRANTELLO JEFFER | 09/14/2010 |
| 2010-M1-185940 | CAVALRY PORTFOLIO | CIRCLE HEATHER A | 09/14/2010 |
| 2010-M1-185943 | CAVALRY PORTFOLIO | FABIN CATHY A | 09/14/2010 |
| 2010-M1-185945 | CAVALRY PORTFOLIO | RAMEY DAVID P | 09/14/2010 |
| 2010-M1-185948 | CAVALRY PORTFOLIO | TAYLOR CHER D | 09/14/2010 |
| 2010-M1-185951 | CAVALRY PORTFOLIO | AVANT VANESSA E | 09/14/2010 |
| 2010-M1-185953 | CAVALRY PORTFOLIO | GRIFFIS MAGGIE P | 09/14/2010 |
| 2010-M1-185955 | CAVALRY PORTFOLIO | NOVOA GABRIEL A | 09/14/2010 |
| 2010-M1-185957 | CAVALRY PORTFOLIO | CLARKE MARTINA P | 09/14/2010 |
| 2010-M1-185959 | CAVALRY PORTFOLIO | GARRETT TERESA | 09/14/2010 |
| 2010-M1-185960 | CAVALRY PORTFOLIO | CALVINONTES GUNTHE | 09/14/2010 |
| 2010-M1-185961 | CAVALRY PORTFOLIO | LEWIS KEYANA | 09/14/2010 |
| 2010-M1-185962 | CAVALRY PORTFOLIO | GALVEZ EDUARDO | 09/14/2010 |
| 2010-M1-185963 | CAVALRY PORTFOLIO | DUNWORTH CHRISTOPH | 09/14/2010 |
| 2010-M1-185964 | CAVALRY PORTFOLIO | TYLER LISA | 09/14/2010 |
| 2010-M1-185965 | CAVALRY PORTFOLIO | THOMPSON ROBERT | 09/14/2010 |
| 2010-M1-185966 | CAVALRY PORTFOLIO | KOSSNAR RAYMONE | 09/14/2010 |
| 2010-M1-185967 | CAVALRY PORTFOLIO | PEOPLES JAMES D | 09/14/2010 |
| 2010-M1-185968 | CAVALRY PORTFOLIO | WATSON JEREMY | 09/14/2010 |
| 2010-M1-185969 | CAVALRY PORTFOLIO | HANDOCK JENNIFER G | 09/14/2010 |
| 2010-M1-185970 | CAVALRY PORTFOLIO | RULE RODNEISHA | 09/14/2010 |
| 2010-M1-185971 | CAVALRY PORTFOLIO | RUIZ LUIS F | 09/14/2010 |
| 2010-M1-185972 | CAVALRY PORTFOLIO | REED TATIANA R | 09/14/2010 |
| 2010-M1-185973 | CAVALRY PORTFOLIO | CONTRERAS MARCOS | 09/14/2010 |
| 2010-M1-185974 | CAVALRY PORTFOLIO | GONZALEZ IRMA I | 09/14/2010 |
| 2010-M1-186187 | CAVALRY PORTFOLIO | GAMBOA EDIN | 09/14/2010 |
| 2010-M1-186397 | CAVALRY PORTFOLIO | SHABAZZ FADIYLAH | 09/14/2010 |
| 2010-M1-186404 | CAVALRY PORTFOLIO | SUTOWSKI ARTUR | 09/14/2010 |
| 2010-M1-186409 | CAVALRY PORTFOLIO | HERNANDEZ RENE | 09/14/2010 |
| 2010-M1-186414 | CAVALRY PORTFOLIO | VELAZQUEZ NORMA | 09/14/2010 |
| 2010-M1-186422 | CAVALRY PORTFOLIO | MOSLEY BONETTA | 09/14/2010 |

| | | | |
|---|---|---|---|
| 2010-M1-186424 | CAVALRY PORTFOLIO | BROWN GWENDA | 09/14/2010 |
| 2010-M1-186428 | CAVALRY PORTFOLIO | PALUCH RICHARD L | 09/14/2010 |
| 2010-M1-186429 | CAVALRY PORTFOLIO | ANDERSON GARY G JR | 09/14/2010 |
| 2010-M1-186431 | CAVALRY PORTFOLIO | VORDTRIEDE ERIN | 09/14/2010 |
| 2010-M1-186433 | CAVALRY PORTFOLIO | WILLIAMS BENNY | 09/14/2010 |
| 2010-M1-186436 | CAVALRY PORTFOLIO | BARAN ROGER J | 09/14/2010 |
| 2010-M1-186438 | CAVALRY PORTFOLIO | CHANEY REBECCA | 09/14/2010 |
| 2010-M1-186441 | CAVALRY PORTFOLIO | RUSSELL CYNTHIA A | 09/14/2010 |
| 2010-M1-186443 | CAVALRY PORTFOLIO | WILEY AYESHA N | 09/14/2010 |
| 2010-M1-186445 | CAVALRY PORTFOLIO | RANDLE SHANTA S | 09/14/2010 |
| 2010-M1-186448 | CAVALRY PORTFOLIO | RICHARDS BEVERLY L | 09/14/2010 |
| 2010-M1-186449 | CAVALRY PORTFOLIO | LOCKETT HUGH G | 09/14/2010 |
| 2010-M1-186450 | CAVALRY PORTFOLIO | ELLIS DOROTHY M | 09/14/2010 |
| 2010-M1-186451 | CAVALRY PORTFOLIO | JIMENEZ ANTONIO J | 09/14/2010 |
| 2010-M1-186452 | CAVALRY PORTFOLIO | BURNELL JOSHUA J | 09/14/2010 |
| 2010-M1-186453 | CAVALRY PORTFOLIO | HENLEY MARSHA P | 09/14/2010 |
| 2010-M1-186454 | CAVALRY PORTFOLIO | MCCOY HOMER | 09/14/2010 |
| 2010-M1-186457 | CAVALRY PORTFOLIO | JOHNSON DONNA L | 09/14/2010 |
| 2010-M1-186458 | CAVALRY PORTFOLIO | MCKENZIE BEVERLY J | 09/14/2010 |
| 2010-M1-186459 | CAVALRY PORTFOLIO | VARGAS ROBERT A | 09/14/2010 |
| 2010-M1-186460 | CAVALRY PORTFOLIO | ERICKSON KENNETH E | 09/14/2010 |
| 2010-M1-186464 | CAVALRY PORTFOLIO | HYZY LAWRENCE A | 09/14/2010 |
| 2010-M1-185379 | CAVALRY PORTFOLIO | PAYNE DANIELLE P | 09/13/2010 |
| 2010-M1-185381 | CAVALRY PORTFOLIO | GRIFFETH ERMA J | 09/13/2010 |
| 2010-M1-185382 | CAVALRY PORTFOLIO | RAMIREZ ALEJANDRO | 09/13/2010 |
| 2010-M1-185383 | CAVALRY PORTFOLIO | BASS KERRY L | 09/13/2010 |
| 2010-M1-185384 | CAVALRY PORTFOLIO | ERICKSEN SARAH J | 09/13/2010 |
| 2010-M1-185385 | CAVALRY PORTFOLIO | SMITH BOBBIE | 09/13/2010 |
| 2010-M1-185386 | CAVALRY PORTFOLIO | TROIANI DANIEL M | 09/13/2010 |
| 2010-M1-185387 | CAVALRY PORTFOLIO | GUADALUPE ERIKA | 09/13/2010 |
| 2010-M1-185388 | CAVALRY PORTFOLIO | PERETIAGUINE VICTO | 09/13/2010 |
| 2010-M1-185389 | CAVALRY PORTFOLIO | SOMERVILLE SHANA L | 09/13/2010 |
| 2010-M1-185391 | CAVALRY PORTFOLIO | CHARLESTON ALVIN F | 09/13/2010 |
| 2010-M1-185394 | CAVALRY PORTFOLIO | CROSIER MARK J | 09/13/2010 |
| 2010-M1-185425 | CAVALRY PORTFOLIO | BISHOP BEVERLY | 09/13/2010 |
| 2010-M1-185428 | CAVALRY PORTFOLIO | PILCH KAROL | 09/13/2010 |

| | | | |
|---|---|---|---|
| 2010-M1-185430 | CAVALRY PORTFOLIO | ODENEAL FREDDIE | 09/13/2010 |
| 2010-M1-185432 | CAVALRY PORTFOLIO | LEWIS JOHN | 09/13/2010 |
| 2010-M1-185433 | CAVALRY PORTFOLIO | ADEOTI OMOWUNMI O | 09/13/2010 |
| 2010-M1-185434 | CAVALRY PORTFOLIO | PERRILLOUX INDRIA | 09/13/2010 |
| 2010-M1-185435 | CAVALRY PORTFOLIO | HANKINSON KAREN H | 09/13/2010 |
| 2010-M1-185436 | CAVALRY PORTFOLIO | BAUER JOHN E III | 09/13/2010 |
| 2010-M1-185437 | CAVALRY PORTFOLIO | SULLIVAN DAVID J | 09/13/2010 |
| 2010-M1-185440 | CAVALRY PORTFOLIO | WINDMON ORA M | 09/13/2010 |
| 2010-M1-185443 | CAVALRY PORTFOLIO | BROWN EUGENE B | 09/13/2010 |
| 2010-M1-185445 | CAVALRY PORTFOLIO | ROSALES MIGUEL | 09/13/2010 |
| 2010-M1-185448 | CAVALRY PORTFOLIO | GRAY GERARD V | 09/13/2010 |
| 2010-M1-185451 | CAVALRY PORTFOLIO | CHRISTIAN BERNESTI | 09/13/2010 |
| 2010-M1-185454 | CAVALRY PORTFOLIO | BURDULINSKI MAUREE | 09/13/2010 |
| 2010-M1-185457 | CAVALRY PORTFOLIO | AGUILAR MIGUEL | 09/13/2010 |
| 2010-M1-185459 | CAVALRY PORTFOLIO | TYLER PATRICK D | 09/13/2010 |
| 2010-M1-185462 | CAVALRY PORTFOLIO | OSSA BRENDA A | 09/13/2010 |
| 2010-M1-185465 | CAVALRY PORTFOLIO | GONZALEZ RAFAEL SR | 09/13/2010 |
| 2010-M1-185468 | CAVALRY PORTFOLIO | RAMOS DEBBIE | 09/13/2010 |
| 2010-M1-185469 | CAVALRY PORTFOLIO | BOLTON LATANYA R | 09/13/2010 |
| 2010-M1-185656 | CAVALRY PORTFOLIO | WILLIAMS SONYA D | 09/13/2010 |
| 2010-M1-185657 | CAVALRY PORTFOLIO | DOLECKI JAMES J | 09/13/2010 |
| 2010-M1-185658 | CAVALRY PORTFOLIO | HEIDELBERG DEBRA | 09/13/2010 |
| 2010-M1-185659 | CAVALRY PORTFOLIO | LUPU ROSEMARY W | 09/13/2010 |
| 2010-M1-185660 | CAVALRY PORTFOLIO | PURNELL WILLIE R | 09/13/2010 |
| 2010-M1-185661 | CAVALRY PORTFOLIO | DURDEN HERMON SR | 09/13/2010 |
| 2010-M1-185663 | CAVALRY PORTFOLIO | REAHL ANNA M | 09/13/2010 |
| 2010-M1-185665 | CAVALRY PORTFOLIO | JONES CALVINIA M | 09/13/2010 |
| 2010-M1-185666 | CAVALRY PORTFOLIO | ASHKAR MHANED | 09/13/2010 |
| 2010-M1-185667 | CAVALRY PORTFOLIO | MONTALVO MELISSA | 09/13/2010 |
| 2010-M1-185668 | CAVALRY PORTFOLIO | PRUETT ROSE | 09/13/2010 |
| 2010-M1-185670 | CAVALRY PORTFOLIO | HILLARD DARLENE L | 09/13/2010 |
| 2010-M1-185671 | CAVALRY PORTFOLIO | GOSHA THERESA J | 09/13/2010 |
| 2010-M1-185672 | CAVALRY PORTFOLIO | IVANOVA TANIA | 09/13/2010 |
| 2010-M1-185677 | CAVALRY PORTFOLIO | GILES MARGARITA | 09/13/2010 |
| 2010-M1-185682 | CAVALRY PORTFOLIO | GAMBLE VIVIAN | 09/13/2010 |

| | | | |
|---|---|---|---|
| 2010-M1-185685 | CAVALRY PORTFOLIO | VALDEZ GENARO | 09/13/2010 |
| 2010-M1-185689 | CAVALRY PORTFOLIO | PEREZ IRMA B | 09/13/2010 |
| 2010-M1-185692 | CAVALRY PORTFOLIO | POTTS ROCHELLE | 09/13/2010 |
| 2010-M1-185856 | CAVALRY PORTFOLIO | KHANINA ROBERT O | 09/13/2010 |
| 2010-M1-185857 | CAVALRY PORTFOLIO | HARPER GERALD J | 09/13/2010 |
| 2010-M1-185858 | CAVALRY PORTFOLIO | WASHINGTON CHARLEN | 09/13/2010 |
| 2010-M1-185859 | CAVALRY PORTFOLIO | BRYANT CYNTHIA | 09/13/2010 |
| 2010-M1-185860 | CAVALRY PORTFOLIO | MAYNOR ADAM T | 09/13/2010 |
| 2010-M1-185861 | CAVALRY PORTFOLIO | MEDINA ASENCION | 09/13/2010 |
| 2010-M1-185862 | CAVALRY PORTFOLIO | BROWN KENNETH | 09/13/2010 |
| 2010-M1-185863 | CAVALRY PORTFOLIO | EDWARD MORMON S | 09/13/2010 |
| 2010-M1-185864 | CAVALRY PORTFOLIO | CHABERSKI PAUL | 09/13/2010 |
| 2010-M1-185865 | CAVALRY PORTFOLIO | MCBRYDE TONISHA | 09/13/2010 |
| 2010-M1-185866 | CAVALRY PORTFOLIO | KRUPPA MARTHA | 09/13/2010 |
| 2010-M1-185867 | CAVALRY PORTFOLIO | WADE EUNICE | 09/13/2010 |
| 2010-M1-185868 | CAVALRY PORTFOLIO | MOSCOSA GABRIEL | 09/13/2010 |
| 2010-M1-185869 | CAVALRY PORTFOLIO | CALVACCA SYLENE | 09/13/2010 |
| 2010-M1-185870 | CAVALRY PORTFOLIO | PARRIS AMY C | 09/13/2010 |
| 2010-M1-185871 | CAVALRY PORTFOLIO | DRAINE DORIS G | 09/13/2010 |
| 2010-M1-185872 | CAVALRY PORTFOLIO | HEDLIN REINA C | 09/13/2010 |
| 2010-M1-185873 | CAVALRY PORTFOLIO | KOPACK ELISSA K | 09/13/2010 |
| 2010-M1-185874 | CAVALRY PORTFOLIO | ZHOU OIONG | 09/13/2010 |
| 2010-M1-185875 | CAVALRY PORTFOLIO | LOVE ANITA | 09/13/2010 |
| 2010-M1-185876 | CAVALRY PORTFOLIO | DURAN ABEL COSS | 09/13/2010 |
| 2010-M1-185877 | CAVALRY PORTFOLIO | IRVING SUZANNE M | 09/13/2010 |
| 2010-M1-185878 | CAVALRY PORTFOLIO | NATHAN MARIS R | 09/13/2010 |
| 2010-M1-185879 | CAVALRY PORTFOLIO | GRAJEDA ROY | 09/13/2010 |
| 2010-M1-185880 | CAVALRY PORTFOLIO | WISNIEWSKI MARTHA | 09/13/2010 |
| 2010-M1-185881 | CAVALRY PORTFOLIO | MORENO LUZ R | 09/13/2010 |
| 2010-M1-185882 | CAVALRY PORTFOLIO | JORDAN ANNETTE | 09/13/2010 |
| 2010-M1-185883 | CAVALRY PORTFOLIO | HUDSON DAYATRA Y | 09/13/2010 |
| 2010-M1-185885 | CAVALRY PORTFOLIO | TRICE WAYNE S | 09/13/2010 |
| 2010-M1-185886 | CAVALRY PORTFOLIO | CORNEJO ALFREDO | 09/13/2010 |
| 2010-M1-185887 | CAVALRY PORTFOLIO | GAMEZMANCILLA OLIV | 09/13/2010 |

| | | | |
|---|---|---|---|
| 2010-M1-185888 | CAVALRY PORTFOLIO | BENNETT ANGOLA Z | 09/13/2010 |
| 2010-M1-185889 | CAVALRY PORTFOLIO | PETRUSCHAK ROSTISL | 09/13/2010 |
| 2010-M1-185891 | CAVALRY PORTFOLIO | WILLIAMS JAMES A | 09/13/2010 |
| 2010-M1-185893 | CAVALRY PORTFOLIO | WILEY AYESHA N | 09/13/2010 |
| 2010-M1-185894 | CAVALRY PORTFOLIO | SANTIAGO ERWIN E | 09/13/2010 |
| 2010-M1-185895 | CAVALRY PORTFOLIO | URIOSTEGUI GEORGE | 09/13/2010 |
| 2010-M1-185896 | CAVALRY PORTFOLIO | SOLIMAN MAGED | 09/13/2010 |
| 2010-M1-185897 | CAVALRY PORTFOLIO | FORD ANNIE | 09/13/2010 |
| 2010-M1-185898 | CAVALRY PORTFOLIO | MERLAN EDA | 09/13/2010 |
| 2010-M1-185899 | CAVALRY PORTFOLIO | WALKER ROSALIND | 09/13/2010 |
| 2010-M1-185900 | CAVALRY PORTFOLIO | KRZYSIK RICHARD | 09/13/2010 |
| 2010-M1-185901 | CAVALRY PORTFOLIO | MORRIS LATOYA | 09/13/2010 |
| 2010-M1-185902 | CAVALRY PORTFOLIO | TRAKOSEVIC ALIJA | 09/13/2010 |
| 2010-M1-185904 | CAVALRY PORTFOLIO | JOHNSON DARIUS E | 09/13/2010 |
| 2010-M1-185905 | CAVALRY PORTFOLIO | WITKOWSKI TIMOTHY | 09/13/2010 |
| 2010-M1-185004 | CAVALRY PORTFOLIO | GAMBILL PAMELA S | 09/10/2010 |
| 2010-M1-185005 | CAVALRY PORTFOLIO | MARTINEZ YOLANDA C | 09/10/2010 |
| 2010-M1-185006 | CAVALRY PORTFOLIO | DOTE LISA | 09/10/2010 |
| 2010-M1-185007 | CAVALRY PORTFOLIO | IVEY KAREN | 09/10/2010 |
| 2010-M1-185008 | CAVALRY PORTFOLIO | JAMISON MADELITY M | 09/10/2010 |
| 2010-M1-185009 | CAVALRY PORTFOLIO | RHODE JAMES M | 09/10/2010 |
| 2010-M1-185010 | CAVALRY PORTFOLIO | ALLEN VALLORI D | 09/10/2010 |
| 2010-M1-185011 | CAVALRY PORTFOLIO | VARGAS PAOLA E | 09/10/2010 |
| 2010-M1-185012 | CAVALRY PORTFOLIO | DAILY CHARLES | 09/10/2010 |
| 2010-M1-185013 | CAVALRY PORTFOLIO | GIVENS AVIA L | 09/10/2010 |
| 2010-M1-185014 | CAVALRY PORTFOLIO | DEBARRAS REGALADO | 09/10/2010 |
| 2010-M1-185015 | CAVALRY PORTFOLIO | SMITH KAREN | 09/10/2010 |
| 2010-M1-185016 | CAVALRY PORTFOLIO | PUCKETT MELANYE W | 09/10/2010 |
| 2010-M1-185017 | CAVALRY PORTFOLIO | HENDRIX ANNA L | 09/10/2010 |
| 2010-M1-183095 | CAVALRY PORTFOLIO | PEREZ ANDAMARO | 09/07/2010 |
| 2010-M1-183096 | CAVALRY PORTFOLIO | NASH SHANIKA | 09/07/2010 |
| 2010-M1-183097 | CAVALRY PORTFOLIO | SEARCY PAUL | 09/07/2010 |
| 2010-M1-183098 | CAVALRY PORTFOLIO | HOUSERMAN MARSHALL | 09/07/2010 |
| 2010-M1-183100 | CAVALRY PORTFOLIO | COLEMAN LOIS F | 09/07/2010 |
| 2010-M1-183101 | CAVALRY PORTFOLIO | PRESTON SHARON R | 09/07/2010 |

| 2010-M1-183103 | CAVALRY PORTFOLIO | RICHARDSON BRIAN K | 09/07/2010 |
|---|---|---|---|
| 2010-M1-183104 | CAVALRY PORTFOLIO | DIO JOHNNY | 09/07/2010 |
| 2010-M1-183105 | CAVALRY PORTFOLIO | DIAZ MILAGROS | 09/07/2010 |
| 2010-M1-183106 | CAVALRY PORTFOLIO | HENDERSON ALIZE | 09/07/2010 |
| 2010-M1-183107 | CAVALRY PORTFOLIO | FRISCO JOHN A | 09/07/2010 |
| 2010-M1-183108 | CAVALRY PORTFOLIO | HAYWOOD CLARA B | 09/07/2010 |
| 2010-M1-183109 | CAVALRY PORTFOLIO | ILORI PETER A | 09/07/2010 |
| 2010-M1-183110 | CAVALRY PORTFOLIO | OGRODNIK JOSEPH W | 09/07/2010 |
| 2010-M1-183111 | CAVALRY PORTFOLIO | RAMANDANOVSKI SKEN | 09/07/2010 |
| 2010-M1-183112 | CAVALRY PORTFOLIO | HERNANDEZ CARLOS | 09/07/2010 |
| 2010-M1-183113 | CAVALRY PORTFOLIO | LUCKETT CLEMENT JR | 09/07/2010 |
| 2010-M1-183114 | CAVALRY PORTFOLIO | OLES NANCY H | 09/07/2010 |
| 2010-M1-183116 | CAVALRY PORTFOLIO | SPANN ANTHONY M | 09/07/2010 |
| 2010-M1-183118 | CAVALRY PORTFOLIO | RAINEY MICHELLE R | 09/07/2010 |
| 2010-M1-183120 | CAVALRY PORTFOLIO | REBLORA ERWIN A | 09/07/2010 |
| 2010-M1-183122 | CAVALRY PORTFOLIO | MESA CHRISTINA M | 09/07/2010 |
| 2010-M1-183124 | CAVALRY PORTFOLIO | CHAVEZ MARTHA | 09/07/2010 |
| 2010-M1-183129 | CAVALRY PORTFOLIO | BYRD ASALEE T | 09/07/2010 |
| 2010-M1-183131 | CAVALRY PORTFOLIO | MURRAY ARTIE O | 09/07/2010 |
| 2010-M1-183133 | CAVALRY PORTFOLIO | HELBIG BRIAN K | 09/07/2010 |
| 2010-M1-183136 | CAVALRY PORTFOLIO | AVALOS DAVID | 09/07/2010 |
| 2010-M1-183139 | CAVALRY PORTFOLIO | ARNOLD DOUGLAS S | 09/07/2010 |
| 2010-M1-183142 | CAVALRY PORTFOLIO | SEPULVEDA JANET | 09/07/2010 |
| 2010-M1-183144 | CAVALRY PORTFOLIO | TRECKER JAMIE H | 09/07/2010 |
| 2010-M1-183146 | CAVALRY PORTFOLIO | MEADERDS JAMES D | 09/07/2010 |
| 2010-M1-183147 | CAVALRY PORTFOLIO | BROWN DANA | 09/07/2010 |
| 2010-M1-183148 | CAVALRY PORTFOLIO | LEHMAN PAVELT JEAN | 09/07/2010 |
| 2010-M1-183149 | CAVALRY PORTFOLIO | KNIGHT RANITA A | 09/07/2010 |
| 2010-M1-181843 | CAVALRY PORTFOLIO | CHO YONG S | 09/01/2010 |
| 2010-M1-181844 | CAVALRY PORTFOLIO | WALTERS DEBBIE K | 09/01/2010 |
| 2010-M1-181845 | CAVALRY PORTFOLIO | BURKS JUNIOR L | 09/01/2010 |
| 2010-M1-181846 | CAVALRY PORTFOLIO | COWANS LISA | 09/01/2010 |
| 2010-M1-181847 | CAVALRY PORTFOLIO | CHAVEZ MIGUEL | 09/01/2010 |
| 2010-M1-181848 | CAVALRY PORTFOLIO | KOSKINIOTIS CHRIS | 09/01/2010 |
| 2010-M1-181849 | CAVALRY PORTFOLIO | ROSADO JOE L | 09/01/2010 |

| | | | |
|---|---|---|---|
| 2010-M1-181850 | CAVALRY PORTFOLIO | LOPEZ OSCAR | 09/01/2010 |
| 2010-M1-181851 | CAVALRY PORTFOLIO | SCHROEDER ALISON B | 09/01/2010 |
| 2010-M1-181852 | CAVALRY PORTFOLIO | JEFFERSON SIRLESTE | 09/01/2010 |
| 2010-M1-181853 | CAVALRY PORTFOLIO | PASIK NICOLE | 09/01/2010 |
| 2010-M1-181856 | CAVALRY PORTFOLIO | DUNWORTH CHRISTOPH | 09/01/2010 |
| 2010-M1-181858 | CAVALRY PORTFOLIO | ESPINOZA MARY | 09/01/2010 |
| 2010-M1-181860 | CAVALRY PORTFOLIO | ESTRADA JOSE G | 09/01/2010 |
| 2010-M1-181863 | CAVALRY PORTFOLIO | PEREZ LUPE G | 09/01/2010 |
| 2010-M1-181865 | CAVALRY PORTFOLIO | SCHLOSSER RICHARD | 09/01/2010 |
| 2010-M1-181870 | CAVALRY PORTFOLIO | STIGER MICHELLE | 09/01/2010 |
| 2010-M1-181872 | CAVALRY PORTFOLIO | ROBINSON DIANA L | 09/01/2010 |
| 2010-M1-181875 | CAVALRY PORTFOLIO | MURPHY MICHELLE M | 09/01/2010 |
| 2010-M1-181876 | CAVALRY PORTFOLIO | ROBINSON PIERRE | 09/01/2010 |
| 2010-M1-181877 | CAVALRY PORTFOLIO | JOKELA JEFFREY J | 09/01/2010 |
| 2010-M1-181879 | CAVALRY PORTFOLIO | RIVERA VICTOR | 09/01/2010 |
| 2010-M1-181880 | CAVALRY PORTFOLIO | HARMON TONY | 09/01/2010 |
| 2010-M1-181881 | CAVALRY PORTFOLIO | MCCOY CLARENCE | 09/01/2010 |
| 2010-M1-181882 | CAVALRY PORTFOLIO | GASTON JOHN | 09/01/2010 |
| 2010-M1-181884 | CAVALRY PORTFOLIO | VILLALON FREDERICK | 09/01/2010 |
| 2010-M1-181885 | CAVALRY PORTFOLIO | MANSOORI CATHY J | 09/01/2010 |
| 2010-M1-181886 | CAVALRY PORTFOLIO | CERVERA EDGAR | 09/01/2010 |
| 2010-M1-181887 | CAVALRY PORTFOLIO | PUDOWSTI JANET H | 09/01/2010 |
| 2010-M1-181888 | CAVALRY PORTFOLIO | WALLS CALVIN K | 09/01/2010 |
| 2010-M1-181889 | CAVALRY PORTFOLIO | HARRIS JUANITA A | 09/01/2010 |
| 2010-M1-181890 | CAVALRY PORTFOLIO | WELTER EDWARD J | 09/01/2010 |
| 2010-M1-181891 | CAVALRY PORTFOLIO | BELL SIDNEY F | 09/01/2010 |
| 2010-M1-181892 | CAVALRY PORTFOLIO | WILSON LARRY | 09/01/2010 |
| 2010-M3-003321 | CAVALRY PORTFOLIO | KLEINMAN RICHARD F | 09/01/2010 |
| 2010-M3-003325 | CAVALRY PORTFOLIO | BURNS MICHAEL E | 09/01/2010 |
| 2010-M3-003326 | CAVALRY PORTFOLIO | GIRSHMAN ALEX | 09/01/2010 |
| 2010-M3-003327 | CAVALRY PORTFOLIO | JAMROZ MARK M | 09/01/2010 |
| 2010-M1-181059 | CAVALRY PORTFOLIO | MCCLURE BRENDA | 08/31/2010 |
| 2010-M1-181060 | CAVALRY PORTFOLIO | BYRD DWANA | 08/31/2010 |
| 2010-M1-181061 | CAVALRY PORTFOLIO | CARTER ARNOLD M | 08/31/2010 |
| 2010-M1-181062 | CAVALRY PORTFOLIO | DELGADO DARLENE M | 08/31/2010 |

| | | | |
|---|---|---|---|
| 2010-M1-181063 | CAVALRY PORTFOLIO | FUGATE JAMES | 08/31/2010 |
| 2010-M1-181064 | CAVALRY PORTFOLIO | BROWNLEE EVELYN AK | 08/31/2010 |
| 2010-M1-181065 | CAVALRY PORTFOLIO | MORENO MARCELO R | 08/31/2010 |
| 2010-M1-181066 | CAVALRY PORTFOLIO | JOHNSON DONICA C | 08/31/2010 |
| 2010-M1-181067 | CAVALRY PORTFOLIO | REID-LAMBERT MELIN | 08/31/2010 |
| 2010-M1-181068 | CAVALRY PORTFOLIO | PRICE JENNIFER F | 08/31/2010 |
| 2010-M1-181069 | CAVALRY PORTFOLIO | WOODRUFF THERESA J | 08/31/2010 |
| 2010-M1-181070 | CAVALRY PORTFOLIO | GANEPOUR YETCHELDA | 08/31/2010 |
| 2010-M1-181071 | CAVALRY PORTFOLIO | CAMPELL ALVIN | 08/31/2010 |
| 2010-M1-181072 | CAVALRY PORTFOLIO | RAMIREZ ROSEMARY | 08/31/2010 |
| 2010-M1-181073 | CAVALRY PORTFOLIO | HAMMAD YOSOR | 08/31/2010 |
| 2010-M1-181074 | CAVALRY PORTFOLIO | VANCE KEITH L | 08/31/2010 |
| 2010-M1-181075 | CAVALRY PORTFOLIO | WEBSTER THOMAS | 08/31/2010 |
| 2010-M1-181076 | CAVALRY PORTFOLIO | CARTER TANISHA N | 08/31/2010 |
| 2010-M1-181077 | CAVALRY PORTFOLIO | HARRIS DORIS | 08/31/2010 |
| 2010-M1-181078 | CAVALRY PORTFOLIO | NAVA EMETERIO | 08/31/2010 |
| 2010-M1-181079 | CAVALRY PORTFOLIO | WALLACE RONDA A | 08/31/2010 |
| 2010-M1-178837 | CAVALRY PORTFOLIO | BLAKE TERRY | 08/25/2010 |
| 2010-M1-178840 | CAVALRY PORTFOLIO | MEAKENS ALGERNON | 08/25/2010 |
| 2010-M1-178842 | CAVALRY PORTFOLIO | LEE ISAAC JR | 08/25/2010 |
| 2010-M1-178843 | CAVALRY PORTFOLIO | KENDALL DAVID JR | 08/25/2010 |
| 2010-M1-178858 | CAVALRY PORTFOLIO | MARKOVSKA VALIA | 08/25/2010 |
| 2010-M1-178869 | CAVALRY PORTFOLIO | GONGOLA CHRISTOPHE | 08/25/2010 |
| 2010-M1-178877 | CAVALRY PORTFOLIO | WHERRY CAROL | 08/25/2010 |
| 2010-M1-178883 | CAVALRY PORTFOLIO | CAMPBELL BASIL | 08/25/2010 |
| 2010-M1-178886 | CAVALRY PORTFOLIO | PAPAGEORGE SANDRA | 08/25/2010 |
| 2010-M1-178887 | CAVALRY PORTFOLIO | RIDE RUSSELL | 08/25/2010 |
| 2010-M1-178889 | CAVALRY PORTFOLIO | JUDSON FERGUSON KI | 08/25/2010 |
| 2010-M1-178890 | CAVALRY PORTFOLIO | PEREZ ARMANDO | 08/25/2010 |
| 2010-M1-178891 | CAVALRY PORTFOLIO | GARDNER BONITA | 08/25/2010 |
| 2010-M1-178892 | CAVALRY PORTFOLIO | BONNER FELICIA | 08/25/2010 |
| 2010-M1-178893 | CAVALRY PORTFOLIO | TORRES ESPERANZA | 08/25/2010 |
| 2010-M1-178894 | CAVALRY PORTFOLIO | COSTELLO CHARLES | 08/25/2010 |
| 2010-M1-178896 | CAVALRY PORTFOLIO | PHILLIPS AYONDELA | 08/25/2010 |
| 2010-M1-178899 | CAVALRY PORTFOLIO | WOLSKI EUGENIUSZ | 08/25/2010 |

| | | | |
|---|---|---|---|
| 2010-M1-179513 | CAVALRY PORTFOLIO | BROWN THEDIS | 08/25/2010 |
| 2010-M1-179514 | CAVALRY PORTFOLIO | MATEO LUIS R | 08/25/2010 |
| 2010-M1-179516 | CAVALRY PORTFOLIO | FLORES LORENA | 08/25/2010 |
| 2010-M1-179517 | CAVALRY PORTFOLIO | SHEVARIOV SERGEI V | 08/25/2010 |
| 2010-M1-179518 | CAVALRY PORTFOLIO | REICHAGUILAR HEIDI | 08/25/2010 |
| 2010-M1-179519 | CAVALRY PORTFOLIO | MELERSKI ANGELIKA | 08/25/2010 |
| 2010-M1-177672 | CAVALRY PORTFOLIO | PATL SUNITA | 08/23/2010 |
| 2010-M1-177675 | CAVALRY PORTFOLIO | HERNANDEZ ROSA MAR | 08/23/2010 |
| 2010-M1-177677 | CAVALRY PORTFOLIO | MURPHY BRIAN P | 08/23/2010 |
| 2010-M1-177678 | CAVALRY PORTFOLIO | UELMAN DANA M | 08/23/2010 |
| 2010-M1-177679 | CAVALRY PORTFOLIO | JACKSON DAWN R | 08/23/2010 |
| 2010-M1-177680 | CAVALRY PORTFOLIO | ROBINSON HELENE E | 08/23/2010 |
| 2010-M1-177681 | CAVALRY PORTFOLIO | QUARTERMAN CRAIG S | 08/23/2010 |
| 2010-M1-177692 | CAVALRY PORTFOLIO | ROSS DEBRA B | 08/23/2010 |
| 2010-M1-177693 | CAVALRY PORTFOLIO | KOLLMEYER BETSY | 08/23/2010 |
| 2010-M1-177694 | CAVALRY PORTFOLIO | WILLIAMSON RUBY L | 08/23/2010 |
| 2010-M3-002995 | CAVALRY PORTFOLIO | ALVANDI MASOOD | 08/11/2010 |
| 2010-M1-171925 | CAVALRY PORTFOLIO | LEWIS MICHAEL | 08/09/2010 |
| 2010-M1-168239 | CAVALRY PORTFOLIO | LEE KIMBERLY | 07/30/2010 |
| 2010-M1-168240 | CAVALRY PORTFOLIO | CAFFERKY SEAN | 07/30/2010 |
| 2010-M1-168241 | CAVALRY PORTFOLIO | MACK JOSEPH G | 07/30/2010 |
| 2010-M1-168242 | CAVALRY PORTFOLIO | BROWN CAROLONE D | 07/30/2010 |
| 2010-M1-168243 | CAVALRY PORTFOLIO | WINFREY TIONYA A | 07/30/2010 |
| 2010-M1-168245 | CAVALRY PORTFOLIO | BOWEN AISHA | 07/30/2010 |
| 2010-M1-168249 | CAVALRY PORTFOLIO | DEROSA DONALD M | 07/30/2010 |
| 2010-M1-168250 | CAVALRY PORTFOLIO | JAKUPOVIC ZILHA | 07/30/2010 |
| 2010-M1-168251 | CAVALRY PORTFOLIO | BREEN FRANK B | 07/30/2010 |
| 2010-M1-168252 | CAVALRY PORTFOLIO | BOURSALIAN SAMIR D | 07/30/2010 |
| 2010-M1-168253 | CAVALRY PORTFOLIO | COCHRAN COMER | 07/30/2010 |
| 2010-M1-168254 | CAVALRY PORTFOLIO | DEKLAVS MARIS | 07/30/2010 |

Return to Search Page